IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 3 2016

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

DAVID GRIGSBY, as Personal Representative
of the Estate of WILLIAM LEONARD, Deceased,
and on Behalf of the Wrongful Death Beneficiaries
of WILLIAM LEONARD

PLAINTIFF

VS.                         CASE NO. *3:16 cv 217-DPM*

JONESBORO HEALTH AND REHAB, LLC;          This case assigned to District Judge *Marshall*
ARKANSAS SNF OPERATIONS ACQUISITION, LLC; and to Magistrate Judge *Deere*
and ARKANSAS NURSING HOME ACQUISITION, LLC          DEFENDANTS

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Arkansas SNF

Operations Acquisition, LLC ("Arkansas SNF") hereby gives notice of the removal of

this action from the Circuit Court of Craighead County, Arkansas, to the United

States District Court for the Eastern District of Arkansas, Jonesboro Division.  In

support of this notice of removal, Arkansas SNF states the following:

1.      This lawsuit is a civil action within the meaning of the Acts of

Congress relating to the removal of cases.

2.      This case was originally filed on July 26, 2016, in the Circuit Court of

Craighead County, Arkansas, as civil action number CV-2016-508(JF) on the docket

of that Court.  Plaintiff David Grigsby, as personal representative of the Estate of

William Leonard, alleges various causes of action on behalf of the Leonard Estate

and Leonard's wrongful death beneficiaries arising out of Leonard's residency at a

facility operated by defendant Jonesboro Health and Rehab, LLC ("Jonesboro Health").

3.      Plaintiffs served a complaint and summons on Arkansas SNF on August 1, 2016.

4.      This notice of removal is filed within thirty (30) days (or the first filing day thereafter) of the first delivery of a summons and compliant to Arkansas SNF, which occurred on August 1, 2016.  A copy of the summons and complaint served on Arkansas SNF are attached to this notice as Exhibit 1, which constitutes all process, pleadings, and orders served upon Arkansas SNF in this action.

5.      This case is removed pursuant to 28 U.S.C. § 1441(a) and (b). Jurisdiction in the United States District Court for the Eastern District of Arkansas is based on the diversity jurisdiction of the Court under 28 U.S.C. § 1332(a).

6.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states and the matter in controversy exceeds $75,000, excluding interest and costs.

7.      On information and belief, Arkansas SNF states that at the time that the complaint was filed and at the time of removal, Grigsby was a citizen of the State of Arkansas for the purposes of 28 U.S.C. § 1332 and 28 U.S.C. § 1441.  *See* 28 U.S.C. § 1332(c)(2).

8.      Each of the defendants is a limited liability company.  Limited liability companies have the citizenship of their members for the purposes of diversity jurisdiction. *OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007)

2

(stating that for purposes of diversity jurisdiction, the citizenship of a limited liability company "is the citizenship of each of its members") (citing *GMAC Commer. Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004)).

9.      The sole member of defendant Arkansas Nursing Home Acquisition, LLC ("Arkansas Nursing") is Alan Zuccari, who is a citizen of Virginia. Accordingly, Arkansas Nursing is a citizen of Virginia for the purposes of diversity jurisdiction because it has the citizenship of its sole member.

10.     Arkansas SNF has two members, Arkansas Nursing and another limited liability company, CSCV Holdings, LLC ("CSCV Holdings"). As established above, Arkansas Nursing is a citizen of Virginia. CSCV Holdings is a limited liability company with two members, Brian Reynolds and Capital Funding Group. Reynolds is an individual who is a citizen of Maryland. Capital Funding Group is a citizen of Maryland because it is a corporation incorporated and having its principal place of business in that state. 28 U.S.C. § 1332(c)(1). Thus, Arkansas SNF is a citizen of both Virginia and of Maryland.

11.     The members of Jonesboro Health are Alan Zuccari, Brian Reynolds, and Jack Dwyer. As stated above, Zuccari is a citizen of Virginia, and Reynolds is a citizen of Maryland. Dwyer is a citizen of Florida. Accordingly, Jonesboro Health is a citizen of Virginia, Maryland, and Florida.

12.     Complete diversity of citizenship exists between plaintiff (who is a citizen of Arkansas) and the defendants (all of whom are citizens of states other than Arkansas).

13.     The amount in controversy exceeds $75,000, excluding interests and costs. (*See* Exhibit 1 at 21 (demanding damages for in an amount "exceeding that required by federal court jurisdiction in diversity of citizenship cases")).  This alleged sum "shall be deemed to be the amount in controversy."  28 U.S.C. § 1446(c)(2).

14.     Because there is complete diversity of citizenship and an amount in controversy exceeding $75,000, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a), and removal of the case to this Court is proper pursuant to 28 U.S.C. § 1441(b).

15.     Pursuant to 28 U.S.C. § 1446(b), this notice of removal has been filed within thirty days of Arkansas SNF being served in this matter.

16.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Arkansas SNF are attached to this notice of removal.

17.     In addition to Arkansas SNF, undersigned counsel also represents defendants Jonesboro Health and Arkansas Nursing, both of whom consent to this removal.  All properly joined and served defendants therefore join in or consent to the removal of this action to federal court as required by 28 U.S.C. § 1446(b)(2).

18.     In accordance with 28 U.S.C. § 1446(d), Arkansas SNF will file a file-marked copy of this notice of removal with the Circuit Clerk of Craighead County, Arkansas, and will serve notice of the removal in writing on counsel for plaintiff.

19.    The United States District Court for the Eastern District of Arkansas, Jonesboro Division, embraces the county in which the state court action is now pending.  This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

20.    Undersigned counsel states that this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, defendant Arkansas SNF Operations Acquisition, LLC hereby removes this action from the Circuit Court of Craighead County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Jonesboro Division, and seeks resolution by this Court of all issues raised herein.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
 (501) 371-0808
FAX: (501) 376-9442
jsallings@wlj.com; gmarts@wlj.com

By: _____
    Jerry J. Sallings (84134)
    Gary D. Marts, Jr. (2004116)
    Hayden W. Shurgar (2005049)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On August 23, 2016, I served a copy of the foregoing via United States Mail

on the following:

> Jared Woodard
> Bill Stanley
> Stanley & Woodard, PLC
> 326 S. Church
> Jonesboro, Arkansas 72401
>
> Robert Wells
> Wells & Wells, PLLC
> 225 S. Church
> Jonesboro, Arkansas 72401
>
> *Counsel for Plaintiff*

Gary D. Marts, Jr.

## IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
## WESTERN DISTRCIT
## CIVIL DIVISION

DAVID GRIGSBY, AS PERSONAL REPRESENTATIVE                    PLAINTIFF
OF THE ESTATE OF WILLIAM LEONARD, DECEASED
AND ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF WILLIAM LEONARD

vs.                         CASE NO.: CV-2016-509(JE)

JONESBORO HEALTH AND REHAB, LLC,                          DEFENDANTS
ARKANSAS SNF OPERATIONS ACQUISITIOIN, LLC, and
ARKANSAS NURSING HOME ACQUISITION, LLC

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

Via agent for service:          Arkansas SNF Operations Acquisition, LLC
                                TRAC – The Registered Agent Company
                                800 N. State Street, Suite 402
                                Dover, DE 19901

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are: Jared Woodard, Stanley & Woodard, PLC, 326 S. Church Street, Jonesboro, AR
72401

If you fail to respond within the applicable time period, judgment by default may be entered
against you for the relief demanded in the complaint.

                                        CLERK OF COURT

Address of Clerk's Office

Craighead County Circuit Court
511 S. Main St.
Jonesboro, AR 72403-0120            [Signature of Clerk or Deputy Clerk]

                                    Date: 01/26/2016

[SEAL]

**EXHIBIT**

1

No. _____ This summons is for _____ *(name of Defendant).*

## PROOF OF SERVICE

☐   I personally delivered the summons and complaint to the individual at
_____[place] on _____ [date]; or

☐   I left the summons and complaint in the proximity of the individual by _____
_____ after he/she refused to receive it when I offered it to him/her; or

☐   I left the summons and complaint at the individual's dwelling house or usual place of
abode at _____[address] with _____[name], a person at least 14
years of age who resides there, on _____[date]; or

☐   I delivered the summons and complaint to _____[name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of
_____[name of defendant] on _____[date]; or

☐   I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I
served the summons and complaint on the defendant by certified mail, return receipt
requested, restricted delivery, as shown by the attached signed return receipt.

☐   I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I
mailed a copy of the summons and complaint by first-class mail to the defendant together
with two copies of a notice and acknowledgment and received the attached notice and
acknowledgment form within twenty days after the date of mailing.

☐   Other [specify]: _____

☐   I was unable to execute service because: _____
_____

My fee is $ ___.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____ [Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____        By: _____
                         [Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

## IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
### WESTERN DISTRCIT
### CIVIL DIVISION

DAVID GRIGSBY, AS PERSONAL REPRESENTATIVE         PLAINTIFF
OF THE ESTATE OF WILLIAM LEONARD, DECEASED
AND ON BEHALF OF THE WRONGFUL DEATH
BENEFICIARIES OF WILLIAM LEONARD

vs.               CASE NO.: CV- 2016-508(JF)

JONESBORO HEALTH AND REHAB, LLC,         DEFENDANTS
ARKANSAS SNF OPERATIONS
ACQUISITIOIN, LLC, and ARKANSAS NURSING
HOME ACQUISITION, LLC

## COMPLAINT

COMES NOW, the Plaintiff, David Grigsby, as personal representative of the Estate of William Leonard, deceased and on behalf of the wrongful death beneficiaries of William Leonard, by and through his attorneys, Stanley & Woodard, PLC and Well & Wells, and for his Complaint against Defendants, state as follows:

### JURISDICTIONAL STATEMENT

1.     William Leonard was a resident of Jonesboro Health and Rehab, (sometimes referred to as "facility") a nursing home located at 1705 LaTourette Dr., Jonesboro, Craighead County, Arkansas. from 2012 to October, 2015.

2.     David Grigsby is the Personal Representative of the Estate of William Leonard pursuant to the Order of Appointment of Personal Representative, executed on January 28, 2016 and attached hereto as **Exhibit 1**, and brings this action on behalf of William Leonard.

3.     Defendant Jonesboro Health and Rehab, LLC (hereinafter "Jonesboro Health and Rehab") is a domestic corporation and did business in the State of Arkansas by owning, operating, managing and/or providing services for Jonesboro Health and Rehab, LLC. At all

times material to this action, Jonesboro Health and Rehab was a control person as defined in Ark. Code Ann. § 4-88-113(d)(1) and is therefore jointly and severally liable for the Plaintiffs' damages. The agent for service of process for Jonesboro Health and Rehab is The Registered Agent Company, 300 S. Spring St., Little Rock, Arkansas, 72201.

4.      Defendant Arkansas SNF Operations Acquisition, LLC is a foreign corporation and did business in the State of Arkansas by owning, operating, managing and/or providing services for Jonesboro Health and Rehab, LLC. At all times material to this action, Arkansas SNF Operations Acquisition, LLC was a control person as defined in Ark. Code Ann. § 4-88-113(d)(1) and is therefore jointly and severally liable for the Plaintiffs' damages. The agent for service of process for Arkansas SNF Operations Acquisition, LLC is TRAC-The Registered Agent Company, 800 N. State Street, Suite 402, Dover, Arkansas, 19901.

5.      Defendant Arkansas Nursing Home Acquisition, LLC is a foreign corporation and did business in the State of Arkansas by owning, operating, managing and/or providing services for Jonesboro Health and Rehab, LLC. At all times material to this action, Arkansas Nursing Home Acquisition, LLC was a control person as defined in Ark. Code Ann. § 4-88-113(d)(1) and is therefore jointly and severally liable for the Plaintiffs' damages. The agent for service of process for Arkansas Nursing Home Acquisition, LLC is Gentry Locke Rakes & Moore LLP, Registered Agent, 10 Franklin Road, SE, Suite 800, Sun Trust Plaza, Roanoke, VA 24022-0013.

6.      Whenever the term "Defendants" is utilized within this suit, such term collectively refers to and includes all named Defendants in this lawsuit.

7.      Jurisdiction and venue are proper in this Court.

## FACTUAL ALLEGATIONS

8.      William Leonard was a resident of Jonesboro Health and Rehab from 2012 to October 2015.

9.      Defendants were aware of Mr. Leonard's medical condition and the care he required when they represented that they could adequately care for his needs.

10.     In an effort to ensure that William Leonard and other residents whose care was partially funded by the government were placed at Jonesboro Health and Rehab, Defendants held themselves out to the Arkansas Department of Human Services (DHS) and the public at large as being:

   a)     Skilled in the performance of nursing, rehabilitative and other medical support services;
   b)     Properly staffed, supervised and equipped to meet the total needs of their nursing home residents;
   c)     Able to specifically meet the total nursing home, medical and physical therapy needs of William Leonard and other residents like him; and
   d)     Licensed by DHS and complying on a continual basis with all rules, regulations and standards established for nursing homes.

11.     The Defendants were on notice and aware of problems with resident care at the facility, including those failures and deficiencies that caused injury to William Leonard, but did nothing to correct those problems.

12.     Under state and federal law, the governing body of a nursing home is composed of individuals or a group in whom the ultimate authority and legal responsibility is vested for conduct of the nursing home. *See* Ark. Office of Long Term Care R. & Regs. § 100. All long-term care facilities must have a governing body, or designated persons functioning as a governing body, that is legally responsible for establishing and implementing policies regarding the management and operation of the facility. *See* 42 C.F.R. § 483.75(d)(1). The governing body has a legal duty to adopt effective patient care policies, administrative policies and by-laws

3

governing the operation of the facility in accordance with legal requirements of state and federal law. *See* Ark. Office of Long Term Care R. & Regs. § 301.1. The Jonesboro Health and Rehab governing body was legally responsible for establishing and implementing policies regarding management and operation of the facility and for hiring a qualified administrator, in whom the ultimate authority and legal responsibility was vested for patient care in the nursing home.

13.     Defendants failed to discharge their obligations of care to William Leonard with a conscious disregard for his rights and safety. At all times mentioned herein, Defendants, through their corporate officers and administrators, had knowledge of, ratified and/or otherwise authorized all of the acts and omissions that caused the injuries suffered by William Leonard, as more fully set forth below. Defendants knew that their facility could not provide the minimum standard of care to the weak and vulnerable residents of Jonesboro Health and Rehab The severity of the recurrent negligence inflicted upon Mr. Leonard while a resident of the facility accelerated the deterioration of his health and physical condition and resulted in physical and emotional injuries. While a resident at Jonesboro Health and Rehab, William Leonard sustained multiple injuries including, but not limited to, the following:

a)     Significant change in condition

b)     Fall and fractured hip

c)     Aspiration pneumonia

d)     Rapid decline in overall health

14.     The injuries sustained by William Leonard, as well as the conduct specified below, caused him to lose his personal dignity and to suffer extreme and unnecessary pain, anguish, and emotional trauma.

4

15.     Defendants controlled the operation, planning, management and quality control of Jonesboro Health and Rehab. The authority exercised over the nursing facility included, but was not limited to, budgeting, marketing, human resources management, training, staffing, creation and implementation of all policy and procedure manuals used by Jonesboro Health and Rehab, federal and state reimbursement, quality care assessment and compliance, licensure and certification, legal services, and financial, tax and accounting control through fiscal policies established by Defendants.

16.     Upon information and belief, the Defendants operated and managed Jonesboro Health and Rehab so as to maximize profits by reducing staffing levels below that needed to provide adequate care to residents that would comply with federal and state regulations governing skilled nursing facilities. Pursuant to the Office of Long Term Care state surveys, Jonesboro Health and Rehab fell below the state *minimum* staffing guidelines on at least four (4) out of fourteen (14) shifts from January 29-February 11, 2015, including the date of the hip fracture (**Exhibit 2**). The facility was operating short-of-staff five (5) out of fourteen (14) shifts from October 23-November 5, 2014 and obviously on notice that staffing was an issue (*Id.*). Further, the state minimum staffing logs reflect that Jonesboro Healthcare operated consistently short-handed during Mr. Leonard's residency, including in February, 2015, in which the facilty operated below the state minimum during 32.1% of the day shifts (**Exhibit 3**). In March, 2015, Jonesboro Healthcare continued to get worse as the facility operated short-staffed 38.7% of the day shifts *Id.* The facility did not improve its chronic staffing issue, including an unexplainable 45% short-staffed in August, 2015 *Id.* Any expert will opine that short-staffing is directly related to substandard care. Thus, Defendants knowingly and/or with reckless disregard for the consequences of their actions caused staffing levels at their facility to be set so that the personnel on duty at any given time could not reasonably tend to the needs of their assigned residents.

Upon information and belief, Defendants knowingly established staffing levels that created recklessly high nurse/resident ratios and disregarded patient acuity levels as well as the minimal time required to perform essential functions. These acts of malfeasance directly caused injury to William Leonard and other residents of Jonesboro Health and Rehab and were known to Defendants.

17.     The acts and omissions of Defendants were motivated by a desire to increase the profitability by reducing expenditures for needed staff, training, supervision and care to levels that would predictably lead to severe injury. Further, per the Office of Long Term Care (OLTC), Jonesboro Healthcare has an extensive history of substantiated complaints and survey deficiencies. In the September 9, 2014 survey, the nursing home received several tags, including failing to consult a physician regarding a new injury. In the February 27, 2015 survey, the facility again received several deficiencies for failing to properly report allegations of staff-to-resident abuse.

18.     Plaintiff alleges that, during William Leonard's residency at Jonesboro Health and Rehab, Mr. Leonard was under the care, supervision and treatment of Defendants and that the injuries complained of were proximately caused by the acts and omissions of the Defendants.

19.     Defendants were vicariously liable for the acts and omissions of all persons or entities under their control, either directly or indirectly, including employees, agents, consultants and independent contractors, whether in-house or outside entities, individuals, agencies or pools causing or contributing to the injuries of William Leonard.

## CASE OF ACTION AGAINST THE DEFENDANTS

## COUNT ONE: NEGLIGENCE

20.     Plaintiff incorporates the allegations contained in Paragraphs 1 – 19 as if fully set forth herein.

21.     The Nursing Home Defendants owed a non-delegable duty to residents, including William Leonard, to provide adequate and appropriate custodial care and supervision, which a reasonably careful person would provide under similar circumstances.

22.     The Nursing Home Defendants owed a non-delegable duty to their residents, including William Leonard, to exercise reasonable care in providing care and services in a safe and beneficial manner.

23.     The Nursing Home Defendants owed a non-delegable duty to their residents, including William Leonard, to hire, train and supervise employees to deliver care and services to residents in a safe and beneficial manner.

24.     The Nursing Home Defendants owed a non-delegable duty to residents, including William Leonard, to use reasonable care in treating their residents with the degree of skill and learning ordinarily possessed and used by nursing home facilities in the same or similar locality.

25.     The Nursing Home Defendants owed a non-delegable duty to assist all residents, including William Leonard, in attaining and maintaining the highest level of physical, mental and psychosocial well-being.

26.     The Nursing Home Defendants breached these duties by failing to exercise reasonable care and by failing to prevent the mistreatment, abuse and neglect of William Leonard. The negligence of the Nursing Home Defendants includes, but is not limited to, the following acts and omissions:

    a)    The failure to ensure that Mr. Leonard attained and maintained his highest level of physical, mental, and psychosocial well-being;

    b)    The failure to establish, publish and/or adhere to policies for nursing personnel concerning the care and treatment of residents with nursing, medical and psychosocial needs similar to those of Mr. Leonard;

c)      The failure to increase the number of nursing personnel to ensure that William Leonard received timely and accurate care assessments, and proper treatment, medication and diet;

d)      The failure to provide sufficient numbers of qualified personnel, including nurses, licensed practical nurses, certified nurse assistants and medication aides to meet the total needs of Mr. Leonard throughout his residency;

e)      The failure to increase the number of nursing personnel at the facility to ensure that William Leonard:
   1)   Received timely and accurate care assessments;
   2)   Received proper treatment, medication, and diet; and
   3)   Was protected from injuries by the correct use of ordered and reasonable safety measures.

f)      The failure to adequately screen, evaluate, and check references, test for competence and use ordinary care in selecting nursing personnel to work at the facility;

g)      The failure to provide adequate supervision and assistance to William Leonard to prevent the injuries described in ¶¶ 13;

h)      The creation of and/or the failure or refusal to identify and correct the injuries, conditions, and circumstances described in ¶¶ 13 and exhibited by Mr. Leonard;

i)      The failure to terminate employees at the facility assigned to Mr. Leonard who were known to be careless, incompetent and unwilling to comply with the policies and procedures of the facility and the rules and regulations promulgated by the Arkansas Department of Human Services and the Office of Long Term Care;

j)      The failure to assign nursing personnel at the facility duties consistent with their education and experience based on:
   1)   William Leonard's medical history, condition, and nursing and rehabilitative needs;
   2)   The characteristics of the resident population residing in the area of the facility where William Leonard was a resident; and,
   3)   The nursing skills needed to provide care to such resident population.

k)    The failure by the members of the governing body of the facility to discharge their legal and lawful obligation by ensuring that the rules and regulations designed to protect the health and safety of residents, such as William Leonard, as promulgated by the Arkansas Department of Human Services and the Arkansas Office of Long Term Care, were consistently complied with on an ongoing basis and ensuring appropriate corrective measures were implemented to correct problems concerning inadequate resident care;

l)    The failure to adopt adequate guidelines, policies, and procedures of the facility for documenting, maintaining files, investigating and responding to any complaint regarding the quality of resident care or misconduct by employees at the facility, regardless of whether such complaint derived from a resident of the facility, an employee of the facility or any interested person;

m)    The failure to maintain medical records on William Leonard in accordance with accepted professional standards and practices that are complete, accurately documented, readily accessible and systematically organized with respect to diagnosis, treatment and assessment and establishment of appropriate plans of care and treatment; and

n)    The failure to properly in-service and orient employees to pertinent patient care needs to maintain the safety of residents.

27.    A reasonably careful nursing home operating under similar circumstances would foresee that the failure to provide the ordinary care listed above would result in devastating injuries to William Leonard.

28.    Defendants further breached their duty of care to William Leonard by violating certain laws and regulations in force in the State of Arkansas at the time of the occurrences discussed herein including, but not limited to, the following:

a)    By failing to comply with rules and regulations promulgated by the Arkansas Department of Human Services, Division of Social Services, Office of Long Term Care, pursuant to authority expressly conferred by Act 28 of 1979 (Ark. Code Ann. § 20-10-202, *et seq.*) and published in the Long Term Care (LTC) Provider Manual on April 8, 1984, and the supplements thereto, and federal minimum standards imposed by the United States Department of Health and Human Services;

b)    By failing to provide the necessary care and services to attain or maintain the highest practicable, physical, mental and psychosocial well-being of

William Leonard in accordance with the comprehensive assessment and plan of care;

c)   By failing to ensure a nursing care plan based on William Leonard's problems and needs was established that contained measurable objectives and timetables to meet his medical, nursing, and mental and psychosocial needs as identified in his comprehensive assessment;

d)   By failing to review and revise William Leonard's nursing care plan when his needs changed;

e)   By failing to treat William Leonard courteously, fairly and with the fullest measure of dignity;

f)   By failing to provide sufficient nursing staff and nursing personnel to ensure that William Leonard attained and maintained his highest practicable physical, mental and psychosocial well-being;

g)   By failing to provide a safe environment;

h)   By failing to administer the facility in a manner that enabled it to use its resources effectively and efficiently to attain or maintain the highest practicable physical, mental and psychosocial well-being of each resident; and

i)   By criminally abusing and neglecting William Leonard and by failing to report that abuse in violation of the Adult and Long-Term Care Facility Resident Maltreatment Act, Ark. Code Ann. §§ 12-12-1701 *et seq*.

29.   A reasonably prudent nursing home, operating under the same or similar conditions, would not have failed to provide the care listed above. Each of the foregoing acts of negligence on the part of the Defendants was a proximate cause of William Leonard's injuries as more specifically described herein. Mr. Leonard suffered personal injury including pain and suffering, mental anguish and emotional distress. Plaintiff prays for compensatory damages against Defendants for the negligent treatment of William Leonard, including the grief suffered as well as the expenses of the hospital stay and other related costs.

30.   As a direct and proximate result of such grossly negligent, willful, wanton, reckless, malicious and/or intentional conduct, Plaintiff asserts a claim for judgment for all

compensatory and punitive damages against Defendants including, but not limited to, medical expenses, pain and suffering, mental anguish and emotional distress in an amount exceeding that required by federal court jurisdiction in diversity of citizenship cases, to be determined by the jury, plus costs and all other relief to which Plaintiff is entitled by law.

<u>COUNT TWO: MEDICAL MALPRACTICE</u>

31.     Plaintiff incorporates the allegations contained in Paragraphs 1 – 30 as if fully set forth herein.

32.     Defendants are either medical care providers as defined by Ark. Code Ann. § 16-114-201(2) and/or liable for medical care providers as defined by Ark. Code Ann. § 16-114-201(2).

33.     Defendants owed a non-delegable duty to residents, including William Leonard, to use reasonable care in treating their residents with the degree of skill and learning ordinarily possessed and used by nursing home facilities in the same or similar locality.

34.     Defendants owed a non-delegable duty to assist all residents, including William Leonard, in attaining and maintaining the highest level of physical, mental and psychosocial well-being.

35.     Defendants failed to meet the applicable standards of care and violated their duty of care to William Leonard through mistreatment, abuse and neglect. Defendants failed to adequately supervise nurses and aides and failed to hire sufficient nurses and aides. As such, the nurses and aides were unable to provide William Leonard the requisite care, and as a result, negligent acts occurred as set forth in this paragraph. The medical negligence of Defendants includes, but is not limited to, the following acts and omissions:

a)     The failure to ensure that William Leonard received the following:

1)     Timely and accurate care assessments;

11

2)  Proper treatment, medication and diet;
3)  Necessary supervision; and
4)  Timely nursing and medical intervention due to a significant change in condition.

b)  The failure to provide, implement, and ensure adequate nursing care plan revisions and modifications as the needs of William Leonard changed;

c)  The failure to provide, implement and ensure that an adequate nursing care plan for William Leonard was followed by nursing personnel;

d)  The failure to provide William Leonard with adequate and appropriate nursing care, treatments, and medications after the development of pressure sores, infections, and injuries;

e)  The failure to ensure that William Leonard was assessed in order to receive adequate and proper nutrition, fluids, and therapeutic diet;

f)  The failure to provide adequate care and treatment to William Leonard; and

g)  The failure to adequately and appropriately monitor William Leonard and recognize significant changes in his health status.

36.     A reasonably prudent nursing home, operating under the same or similar conditions, would not have failed to provide the care listed in the above complaint. Each of the foregoing acts of negligence on the part of Defendants was a proximate cause of William Leonard's injuries, which were foreseeable. Mr. Leonard suffered personal injury, including excruciating pain and suffering, mental anguish and emotional distress.

37.     Defendants were negligent and reckless in breaching the duties owed to William Leonard under the Medical Malpractice Act for the reasons specifically enumerated in this Complaint.

38.     As a direct and proximate result of such grossly negligent, willful, wanton, reckless, malicious, and/or intentional conduct, William Leonard suffered injuries as described herein. Plaintiff asserts a claim for judgment for all compensatory and punitive damages against Defendants, including, but not limited to, medical expenses, pain and suffering, mental anguish

and emotional distress in an amount exceeding that required for federal court jurisdiction in diversity of citizenship cases, to be determined by the jury, plus costs and all other relief to which Plaintiff is entitled by law.

<u>COUNT THREE: BREACH OF THE ADMISSION AGREEMENT</u>

39.     Plaintiff incorporates the allegations contained in paragraphs 1–38 as if fully set forth herein.

40.     Before being admitted to Jonesboro Health and Rehab, William Leonard was required to enter into an Admission Agreement, whereby the facility agreed to provide nursing and custodial care, necessary goods, services, and/or treatment to Mr. Leonard in exchange for valuable consideration.

41.     William Leonard, or those acting on his behalf, did what the Agreement for Care required of him in that valuable consideration was paid for the goods, services, care and treatment, including personal or custodial care, and professional nursing care Defendants promised to provide.

42.     Defendants breached their contractual duties by failing to provide the care and services described in the Agreement causing damage to William Leonard.

43.     As a result, the Plaintiff is entitled to compensatory damages and consequential damages.

44.     Plaintiff is entitled to seek punitive damages for breach of contract, because Defendants knew or ought to have known, in the light of the surrounding circumstances, that its nonfeasance in breach of the admissions agreement would naturally and probably result in injury or damage, yet Defendants breached the agreement in reckless disregard of the consequences from which malice may be inferred.

45.     Plaintiff, for good cause, is unable to attach a copy of the Admissions Agreement upon which this claim is based, because it is in the possession of the Defendants.

## COUNT FOUR: VIOLATIONS OF THE LONG-TERM CARE FACILITY RESIDENTS RIGHTS ACT

46.     Plaintiff incorporates the allegations contained in Paragraphs 1–45 as if fully set forth herein.

47.     Among Defendants, the licensee(s) of Jonesboro Health and Rehab had a statutorily-mandated duty to provide William Leonard with his basic, nursing home resident's rights as set forth in the Protection of Long-Term Care Facility Residents Act, Ark. Code Ann. §§ 20-10-1201 *et seq.*

48.     The Protection of Long-Term Care Facility Residents Act mandates the development, establishment, and enforcement of basic standards for the health, care, and treatment of persons in long-term care facilities; and mandates that the maintenance and operation of long-term care facilities will ensure safe, adequate, and appropriate care, treatment, and health of residents, like William Leonard.

49.     The Protection of Long-Term Care Facility Residents Act mandates every licensed facility shall comply with all applicable standards and rules of the Office of Long-Term Care of the Arkansas Department of Human Services.

50.     The statutory duty imposed upon the facility licensee(s) to prevent deprivation or infringement of the resident's rights of William Leonard was non-delegable. Thus, among the Nursing Home Defendants, the licensee(s) is directly liable to Plaintiff for any deprivation and infringement of William Leonard's resident's rights occurring as a result of its own action or inaction, and as a result of the action or inaction of any other person or entity, including employees, agents, consultants, independent contractors and affiliated entities, whether in-house

or outside entities, individuals, agencies or pools, as well as any deprivation and infringement of Mr. Leonard's resident's rights caused by Defendants' policies, procedures, whether written or unwritten, and common practices.

51.     Any person or entity acting as an employee or agent of Jonesboro Health and Rehab assumed and undertook to perform the licensee's non-delegable and statutorily-mandated duty to provide William Leonard's nursing home resident's rights as set forth in Ark. Code Ann. §§ 20-10-1201 *et seq.* in the operation and management of Jonesboro Health and Rehab.

52.     Notwithstanding the responsibility of the licensee to protect and provide for these statutorily-mandated, nursing home resident's rights, Defendants infringed upon, and William Leonard was deprived of rights mandated by Ark. Code Ann. §§ 20-10-1201 *et seq.* including, but not limited to, the following:

a)     The right to receive adequate and appropriate health care and protective and support services, including social services, mental health services, if available, planned recreational activities, and therapeutic and rehabilitative services consistent with the resident care plan for William Leonard, with established and recognized practice standards within the community, and with rules as adopted by federal and state agencies, such rights include:

1)     The right to receive adequate and appropriate custodial service, defined as care for William Leonard which entailed observation of diet and sleeping habits and maintenance of a watchfulness over his general health, safety, and well-being; and

2)     The right to receive adequate and appropriate residential care plans, defined as a written plan developed, maintained, and reviewed not less than quarterly by a registered nurse, with participation from other facility staff and Mr. Leonard or his designee or legal representative, which included a comprehensive assessment of the needs of Mr. Leonard, a listing of services provided within or outside the facility to meet those needs, and an explanation of service goals;

b)     The right to regular, consultative, and emergency services of physicians;

c)     The right to appropriate observation, assessment, nursing diagnosis, planning, intervention, and evaluation of care by nursing staff;

d)    The right to access to dental and other health-related services, recreational services, rehabilitative services, and social work services appropriate to the needs and conditions of Mr. Leonard, and not directly furnished by the licensee;

e)    The right to a wholesome and nourishing diet sufficient to meet generally accepted standards of proper nutrition, guided by standards recommended by nationally recognized professional groups and associations with knowledge of dietetics, and such therapeutic diets as may be prescribed by attending physicians;

f)    The right to a facility with its premises and equipment, and conduct of its operations maintained in a safe and sanitary manner;

g)    The right to be free from mental and physical abuse, and from physical and chemical restraints;

h)    The right of Mr. Leonard to have privacy of his body in treatment and in caring for his personal needs;

i)    The right to prompt efforts by the facility to resolve resident grievances, including grievances with respect to resident care and the behavior of other residents;

j)    The right to participate in social, religious, and community activities;

k)    The right to the obligation of the facility to keep full records of the admissions and discharges of Mr. Leonard and his medical and general health status, including:

    1)    medical records;

    2)    personal and social history;

    3)    individual resident care plans, including, but not limited to, prescribed services, service frequency and duration, and service goals;

    4)    making it a criminal offense to fraudulently alter, deface, or falsify any medical or other long-term care facility record, or cause or procure any of these offenses to be committed; and

l)    The right to be treated courteously, fairly, and with the fullest measure of dignity.

53.     The aforementioned infringement and deprivation of the rights of William Leonard were the result of Defendants' failure to do that which a reasonably careful person would do under similar circumstances.

54.     As a result of the aforementioned violations, the Plaintiff, pursuant to Ark. Code Ann. § 20-10-1209(a)(4), is entitled to recover actual damages against the licensee of the facility. The Plaintiff asserts a claim for judgment for actual damages against Defendants, including, but not limited to, medical expenses, physical pain and suffering, mental anguish, disability and loss of dignity, in an amount to be determined by the jury and exceeding that required for federal court jurisdiction in diversity of citizenship cases, plus costs and all other relief to which Plaintiff is entitled by law.

55.     The infringement or deprivation of the resident's rights of William Leonard by Defendants was willful, wanton, gross, flagrant, reckless, or consciously indifferent. Pursuant to Ark. Code Ann. § 20-10-1209(c), Plaintiff is entitled to recover punitive damages against the licensee of the facility.

## COUNT FIVE: BREACH OF THE PROVIDER AGREEMENT

56.     Plaintiff incorporates the allegations contained in paragraphs 1-55 as if fully set forth herein.

57.     Upon becoming a resident of Jonesboro Health and Rehab, Mr. Leonard, as a Medicare and/or Medicaid recipient, became a third-party beneficiary of the contract or provider agreement between Defendants and the state and federal governments.

58.     For consideration duly paid by Mr. Leonard, or on his behalf, Defendants agreed to provide residents with personal and custodial care and professional nursing care in compliance with the requirements set forth in the provider agreements, as well as the minimum standards of care imposed by applicable law including the statutes and regulations set out herein. In addition,

by entering into the agreement, Defendants promised to "comply with all rules, regulations, changes in and additions thereto issued by the United States Department of Health and Human Services pertaining to nursing homes, and to comply with all rules, regulations, duly promulgated changes in and additions thereto issued by the State." Defendants further agreed that "the rights and privileges of the residents [were] of primary concern to the parties" and covenanted to "protect and preserve" the rights of the residents. The parties to the contract agreed "that failure to act in a manner consistent with those rights and privileges shall constitute an immediate breach of agreement."

59.     As the name implies, the provider agreement exists to pay for and provide for resident, personal, or custodial care and professional nursing care. The provider agreements between Defendants and the state and federal government were clearly intended to benefit the residents of Jonesboro Health and Rehab, including William Leonard.

60.     Defendants breached the provider agreement and committed multiple acts of nonfeasance in failing to provide the care, goods, and services to industry standards, as required by law and as agreed, including but not limited to:

    a)    Nonfeasance in failing to provide, as promised, the care and services for Mr. Leonard to attain or maintain his highest practicable physical, mental, and psychosocial well-being, in accordance with a comprehensive assessment and plan of care;

    b)    Nonfeasance in failing to provide, as promised, dietary services, including special diets, supplemental feedings, special delivery preparation, assistance, and equipment required for preparing and dispensing oral feedings and special feeding devices;

    c)    Nonfeasance in failing to provide, as promised, personal or custodial services and nursing care;

    d)    Nonfeasance in failing, as promised, to implement policies and procedures so as to prevent infringement or deprivation of Mr. Leonard's rights as a resident of a long term care facility;

e)   Nonfeasance in failing to provide, as promised, assistance to Mr. Leonard in developing and carrying out a plan of care;

f)   Nonfeasance in failing to comply, as promised, with protections, duties and obligations imposed by applicable state and federal statutes and regulations as alleged herein; and

g)   Nonfeasance in failing to staff Jonesboro Health and Rehab with sufficient personnel to adequately meet the needs of Mr. Leonard, failing to comply with the rules and regulations promulgated by the state and federal governments, and in failing to provide staff qualified to meet the needs of the residents.

61.    As a result of Defendants' breach of the provider agreement, Plaintiff asserts a claim for judgment for all compensatory damages including the amount a jury determines is sufficient compensation for the loss of the benefit of promised services and care and treatment, in an amount that exceeds that required for federal court jurisdiction in diversity of citizenship cases.

62.    Defendants are also liable for all consequential damages, because Defendants knew, or should have known, that breaches of the provider agreement would result in consequential damages to William Leonard, and, under the circumstances, Defendants should have understood that it had agreed to assume responsibility for any consequential damages caused by their breaches of the provider agreement.

63.    Plaintiff seeks judgment for all foreseeable consequential damages, which flowed naturally from the failure of Defendants to provide the care, goods, and services promised under the provider agreement, including but not limited to medical expenses, pain and suffering, and mental anguish.

64.    Plaintiff is entitled to seek punitive damages for breach of contract, because Defendants knew or ought to have known, in the light of the surrounding circumstances, that their nonfeasance in breach of the provider agreement would naturally and probably result in

injury or damage, yet Defendants breached the agreement in reckless disregard of the consequences from which malice may be inferred.

65.     Plaintiff, for good cause, is unable to attach a copy of the actual provider agreement upon which this claim is based, because it is in the possession of Defendants.

## COUNT SIX: DECEPTIVE TRADE PRACTICES

66.     Plaintiff incorporates the allegations contained in Paragraphs 1–65 as if fully set forth herein.

67.     At all times pertinent to this cause of action, William Leonard was an "elder person" as defined by the Arkansas Deceptive Trade Practices Act, Ark. Code Ann. § 4-88-201(a). As an "elder person" within the meaning of the Deceptive Trade Practices Act, the Plaintiff has a private cause of action to recover actual damages, punitive damages, and reasonable attorney's fees pursuant to Ark. Code Ann. § 4-88-204. .

68.     At all relevant times, the Arkansas Deceptive Trade Practices Act, codified at Ark. Code Ann. 4-88-107(a) provides that it is unlawful to:

    a.     Knowingly take advantage of a consumer who is reasonably unable to protect his or her interest because of:

        i.     Physical infirmity; or

        ii.     A similar factor;

    b.     Engage in any other unconscionable, false, or deceptive act or practice in business, commerce, or trade.

69.     Ark. Code Ann. 4-88-108 provides that, when utilized in connection with the sale or advertisement of any goods, services, or charitable solicitation, it shall be unlawful for any person to (1) act, use or employ any deception, fraud or false pretense, and (2) conceal, suppress,

or omit any material fact with intent that others rely on the concealment, suppression, or omission.

70.     The conduct of Defendants, as described herein, constitutes a deceptive practice in violation of the Deceptive Trade Practices Act. Defendants violated the Protection of Long Term Care Facilities Residents' Act and federal law which is a per se violation of the Deceptive Trade Practices Act. Defendants also failed to inform Plaintiff in Defendants' standard admission agreement that the Facility routinely does not meet minimum staffing requirements imposed by state and federal law.

71.     Defendants engaged in an unconscionable, false, and/or deceptive act or practice in business, commerce and/or trade by marketing themselves and holding themselves out to the public and William Leonard as being able to meet the needs of elder residents of Jonesboro Health and Rehab. Defendants profited greatly as a result of their deceptive trade practices, but Defendants were aware that Jonesboro Health and Rehab could not meet the needs of its residents, including William Leonard.

73.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff has suffered actual damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, David Grigsby, as personal representative of the Estate of William Leonard, deceased, and the wrongful death beneficiaries of William Leonard prays for judgment against Defendants as follows:

1.     For damages in an amount adequate to compensate Plaintiff for his injuries and damages sustained and exceeding that required by federal court jurisdiction in diversity of citizenship cases.

2.     For all general and special damages caused by the alleged conduct of Defendants.

3.      For the costs of litigating this case.

4.      For attorney's fees pursuant to Ark. Code Ann. § 16-22-308 and Ark. Code Ann. § 4-88-204.

5.      For punitive damages sufficient to punish Defendants for their egregious and malicious misconduct in reckless disregard and conscious indifference to the consequences to William Leonard and to deter Defendants and others from repeating such atrocities.

6.      For trial by jury.

7.      For all other relief to which Plaintiff is entitled.

Respectfully submitted,

David Grigsby, as personal representative of the Estate of William Leonard, deceased, and on behalf of the wrongful death beneficiaries of William Leonard **PLAINTIFF**

By:

Jared Woodard (2004148)
**STANLEY & WOODARD, PLC**
326 S. Church
Jonesboro, AR  72401
(870) 932-2000 (phone)
(870) 972-9999 (facsimile)
jared@stanleywoodard.com

Robert Wells (2011177)
**WELLS & WELLS, PLLC**
225 S. Church
Jonesboro, AR  72401
(870) 819-3349 (phone)
(870) 819-3352 (facsimile)
rwells@wellsandwellslaw.com

*Attorneys for the Plaintiffs*

22

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN DISTRICT
PROBATE DIVISION

IN THE MATTER OF THE ESTATE
OF WILLIAM LEONARD, DECEASED                                    PR-2016-22

## ORDER FOR APPOINTMENT OF PERSONAL REPRESENTATIVE

On this date is presented to the Court the Petition of David Grigsby for appointment as Personal Representative of the Estate of William Leonard, Deceased, who died in Jonesboro, Western District of Craighead County, Arkansas, on August 17, 2015. This matter is presented and submitted to the Court upon said verified Petition; and from said Petition, and other matters and things before the Court, the Court doth find:

That David Grigsby, nephew of the decedent, William Leonard, is a fit and proper person to be appointed Personal Representative of the Estate of the decedent, and that he be allowed to serve without bond, and that the Clerk of this Court should issue Letters of Personal Representation to David Grigsby as the Personal Representative of the Estate of the decedent.

IT IS, THEREFORE, CONSIDERED, ORDERED, AND ADJUDGED that David Grigsby be, and is hereby appointed Personal Representative of the Estate of William Leonard, deceased, that the Clerk of this Court is hereby directed to issue Letters of Personal Representation, and that the petitioner be allowed to serve without the necessity of filing bond.

Date of Entry 1/25/16

The Honorable Melissa Richardson
Circuit Court Judge



EXHIBIT
1

FILED
JAN 2 8 2016
KADE HOLLIN
COUNTY & PROBATE C...

ARKANSAS DEPARTMENT OF HUMAN SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | STATE VENDOR NUMBER: 0248 | DATE SURVEY COMPLETED 04/14/15 Total # of Page(s): 2 |
|---|---|---|
| NAME OF PROVIDER OR SUPPLIER Jonesboro Health & Rehab | PHYSICAL STREET ADDRESS, CITY, STATE, ZIP CODE 1705 LaTourette Drive Jonesboro, AR 72404 | |

| ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | |
|---|---|---|---|---|
| | Complaint #19927 | | | |
| AR 520.3 | **AR 520.3 STAFFING** | | | |
| | AR 520.3.1.1 Day Shift: One (1) direct-care staff to every six (6) residents; of which there shall be one (1) licensed nurse to every forty (40) residents. | | | |
| | Based on record review and interview, the facility failed to meet minimum direct-care staff ratios on the day shift for four (4) out of fourteen (14) shifts in a two week period from 1/29/15 – 2/11/15.  The findings are: | | | |
| | 1. The facility was short one (1) direct-care staff on the day shift on 2/5/15 and 2/8/15. | | | |
| | 2. The facility was short two (2) direct-care staff on the day shift on 2/1/15. | | | |
| | 3. The facility was short four (4) direct-care staff on the day shift on 1/31/15. | | | |
| | 4. The Administrator was unable to provide any further documentation on the staffing shortages. | | | |
| | 520.3.1.2 Evening Shift: One (1) direct-care staff to every nine (9) residents; of which there shall be one (1) licensed nurse to every forty (40) residents. | | | |
| | Based on record review and interview the facility failed to meet minimum direct-care staff ratios on the evening shift for three (3) out of fourteen (14) shifts in a two (2) week period from 1/29/15 – 2/11/15. The findings are: | | | |

**EXHIBIT 2**

_____          _____
ADMINISTRATOR/DESIGNEE                         DATE

ARKANSAS DEPARTMENT OF HUMAN SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | STATE VENDOR NUMBER: 0248 | DATE SURVEY COMPLETED 04/14/15 Total # of Page(s): 2 |
|---|---|---|
| NAME OF PROVIDER OR SUPPLIER Jonesboro Health & Rehab | PHYSICAL STREET ADDRESS, CITY, STATE, ZIP CODE 1705 LaTourette Drive Jonesboro, AR 72404 | |

| ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | |
|---|---|---|---|---|
| AR 520.3 (continued) | 1.  The facility was short one (1) direct-care staff on the evening shift on 1/30/15, 2/1/15 and 2/8/15. 2.  The Administrator was unable to provide any further documentation on the staffing shortages. | | | |

_____     _____
ADMINISTRATOR/DESIGNEE                             DATE

ARKANSAS DEPARTMENT OF HUMAN SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | STATE VENDOR NUMBER: 0248 | DATE SURVEY COMPLETED 11/19/14 Total # of Page(s): 3 |
|---|---|---|
| NAME OF PROVIDER OR SUPPLIER Jonesboro Health & Rehab | PHYSICAL STREET ADDRESS, CITY, STATE, ZIP CODE 1705 LaTourett Drive Jonesboro, AR 72404 | |

| ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | |
|---|---|---|---|---|
| AR 520.3 | AR 520.3 MINIMUM DIRECT-CARE STAFFING<br><br>520.3.1.1 Day Shift: One (1) direct-care staff to every six (6) residents; of which there shall be one (1) licensed nurse to every forty (40) residents.<br><br>Based on record review and interview, the facility failed to meet minimum direct-care staffing on the day shift for five(5) shifts of the facility's fourteen (14) day shifts for the two (2) week pay period dated 10/23/14 – 11/5/14. The findings are:<br><br>1.  During an Abbreviated State Licensure Survey conducted on 11/19/14, the facility's Daily Staffing Logs and Time Card Report dated 10/23/14 – 11/5/14 were reviewed.  The Daily Staffing Logs and the Time Card Report documented the facility was short one (1) direct-care staff on the day shift of 10/24/14 and 11/2/14.<br>2.  During an Abbreviated State Licensure Survey conducted on 11/19/14, the facility's Daily Staffing Logs and Time Card Report dated 10/23/14 – 11/5/14 were reviewed.  The Daily Staffing Logs and the Time Card Report documented the facility was short two (2) direct-care staff on the day shift of 11/1/14.<br>3.  During an Abbreviated State Licensure Survey conducted on 11/19/14, the facility's Daily Staffing Logs and Time Card Report dated 10/23/14 – 11/5/14 were reviewed.  The Daily Staffing Logs and the Time Card Report | | | | |

| ADMINISTRATOR/DESIGNEE | DATE |
|---|---|

ARKANSAS DEPARTMENT OF HUMAN SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | STATE VENDOR NUMBER: 0248 | DATE SURVEY COMPLETED 11/19/14 Total # of Page(s): 3 |
|---|---|---|
| NAME OF PROVIDER OR SUPPLIER Jonesboro Health & Rehab | PHYSICAL STREET ADDRESS, CITY, STATE, ZIP CODE 1705 LaTourett Drive Jonesboro, AR 72404 | |

| ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | |
|---|---|---|---|---|
| AR 520.3 (continued) | documented the facility was short three (3) direct-care staff on the day shift of 10/25/14. | | | |
| | 4. During an Abbreviated State Licensure Survey conducted on 11/19/14, the facility's Daily Staffing Logs and Time Card Report dated 10/23/14 – 11/5/14 were reviewed. The Daily Staffing Logs and the Time Card Report documented the facility was short six (6) direct-care staff on the day shift of 10/26/14. | | | |
| | 5. The Business Office Manager stated the facility could not provide further documentation for staffing on the day shift. | | | |
| | 520.3.1.2 Evening Shift: One (1) direct-care shift to every nine(9) residents; of which there shall be one (1) licensed nurse to every forty (40) residents. | | | |
| | Based on record review and interview, the facility failed to meet minimum direct-care staffing on the evening shift for one (1) shift of the facility's fourteen (14) evening shifts for the two (2) week pay period dated 10/23/14 – 11/5/14. The findings are: | | | |
| | 1. During an Abbreviated State Licensure Survey conducted on 11/19/14, the facility's Daily Staffing Logs and Time Card Report 10/23/14 – 11/5/14 were reviewed. The Daily Staffing Logs and the Time Card Report documented the facility was short one (1) direct-care staff on the evening shift of 11/2/14. | | | |

_____    _____
ADMINISTRATOR/DESIGNEE                                           DATE

ARKANSAS DEPARTMENT OF HUMAN SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | STATE VENDOR NUMBER: 0248 | DATE SURVEY COMPLETED 11/19/14 Total # of Page(s): 3 |
|---|---|---|
| NAME OF PROVIDER OR SUPPLIER Jonesboro Health & Rehab | PHYSICAL STREET ADDRESS, CITY, STATE, ZIP CODE 1705 LaTourett Drive Jonesboro, AR 72404 | |

| ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | |
|---|---|---|---|---|
| AR 520.3 (continued) | 2. The Business Office Manager stated the facility could not provide further documentation for staffing on the evening shift. | | | |

| ADMINISTRATOR/DESIGNEE | DATE |
|---|---|

**Facility:** Jonesboro Health and Rehab   Date of Last Day of Reporting Month: 09/30/15

Date Report Received: 10/01/15   Was Report Received Late: __   System Record Number 39725

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 113 | 20.00 | 4.00 | 16.00 | 15.00 | 5.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 2 | 114 | 13.00 | 3.00 | 16.00 | 16.00 | 5.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 3 | 113 | 20.00 | 4.00 | 16.00 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 4 | 115 | 22.00 | 5.00 | 17.00 | 14.00 | 4.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 5 | 114 | ✔ 17.00 | 4.00 | ✔ 12.00 | 14.00 | 4.00 | 10.00 | 9.00 | 2.00 | 7.00 |
| 6 | 113 | ✔ 17.00 | 4.00 | ✔ 13.00 | 15.00 | 5.00 | 10.00 | 8.00 | 1.00 | 7.00 |
| 7 | 112 | 20.00 | 4.00 | 16.00 | 17.00 | 5.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 8 | 113 | 22.00 | 4.00 | 18.00 | 16.00 | 5.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 9 | 114 | 22.00 | 4.00 | 18.00 | 16.00 | 5.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 10 | 116 | 20.00 | 4.00 | 16.00 | 16.00 | 5.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 11 | 115 | 22.00 | 4.00 | 18.00 | 14.00 | 4.00 | 10.00 | 8.00 | 1.00 | 7.00 |
| 12 | 115 | ✔ 13.00 | 3.00 | 16.00 | ✔ 12.00 | 4.00 | ✔ 8.00 | 9.00 | 2.00 | 7.00 |
| 13 | 114 | ✔ 16.00 | 4.00 | ✔ 12.00 | 13.00 | 4.00 | ✔ 9.00 | 11.00 | 4.00 | 7.00 |
| 14 | 114 | 19.00 | 4.00 | ✔ 15.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 15 | 114 | 20.00 | 4.00 | 16.00 | 15.00 | 4.00 | 11.00 | 12.00 | 3.00 | 9.00 |
| 16 | 115 | 22.00 | 5.00 | 17.00 | 16.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 17 | 116 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 11.00 | ✔ 7.00 | 3.00 | ✔ 4.00 |
| 18 | 116 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 10.00 | 8.00 | 1.00 | 7.00 |
| 19 | 115 | ✔ 13.00 | ✔ 2.00 | 16.00 | 14.00 | 4.00 | 10.00 | 11.00 | 3.00 | 8.00 |
| 20 | 115 | ✔ 18.00 | 2.00 | 16.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 21 | 113 | 22.00 | 4.00 | 18.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 22 | 113 | 20.00 | 4.00 | 16.00 | 14.00 | 3.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 23 | 115 | 22.00 | 4.00 | 18.00 | 17.00 | 4.00 | 13.00 | 9.00 | 2.00 | 7.00 |
| 24 | 114 | 23.00 | 4.00 | 19.00 | 15.00 | 4.00 | 11.00 | 8.00 | 1.00 | 7.00 |
| 25 | 113 | 19.00 | 3.00 | 16.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 26 | 114 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 27 | 112 | ✔ 18.00 | 4.00 | ✔ 14.00 | 15.00 | 3.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 28 | 114 | ✔ 18.00 | 3.00 | ✔ 15.00 | 16.00 | 5.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 29 | 114 | 23.00 | 4.00 | 19.00 | 14.00 | 4.00 | 10.00 | 9.00 | 2.00 | 7.00 |
| 30 | 112 | 23.00 | 4.00 | 19.00 | 15.00 | 4.00 | 11.00 | 9.00 | 2.00 | 7.00 |

### Facility Totals/Averages/Percentages

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 114 | 20.07 | 3.80 | 16.23 | 14.37 | 4.20 | 10.67 | 10.27 | 2.83 | 7.40 |
| Shortages: | | 8 | 1 | 6 | 1 | 0 | 2 | 1 | 0 | 1 |
| Percentage: | | 26.67% | 3.33% | 20.00% | 3.33% | 0.00% | 6.67% | 3.33% | 0.00% | 3.33% |

LJH   # of Daily Shifts w/Less Than Minimum Required Staff:  10   Percentage:   11.11%

**3.17 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**



EXHIBIT 3

**Facility:** Jonesboro Health and Rehab

Date of Last Day of Reporting Month: 08/30/15

Date Report Received: 09/01/15    Was Report Received Late: __    System Record Number: 39513

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 114 | 17.00 | 4.00 | 13.00 | 13.00 | 3.00 | 10.00 | 9.00 | 2.00 | 7.00 |
| 2 | 112 | 17.00 | 4.00 | 13.00 | 14.00 | 4.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 3 | 113 | 19.00 | 4.00 | 15.00 | 16.00 | 4.00 | 12.00 | 9.00 | 2.00 | 7.00 |
| 4 | 112 | 22.00 | 5.00 | 17.00 | 17.00 | 5.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 5 | 113 | 22.00 | 5.00 | 17.00 | 14.00 | 3.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 6 | 114 | 22.00 | 5.00 | 17.00 | 16.00 | 4.00 | 12.00 | 9.00 | 2.00 | 7.00 |
| 7 | 114 | 13.00 | 4.00 | 14.00 | 14.00 | 4.00 | 10.00 | 8.00 | 1.00 | 7.00 |
| 8 | 113 | 14.00 | 5.00 | 9.00 | 13.00 | 3.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 9 | 113 | 16.00 | 4.00 | 12.00 | 13.00 | 3.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 10 | 113 | 19.00 | 4.00 | 15.00 | 17.00 | 4.00 | 13.00 | 10.00 | 3.00 | 7.00 |
| 11 | 113 | 13.00 | 4.00 | 14.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 12 | 115 | 19.00 | 4.00 | 15.00 | 17.00 | 5.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 13 | 113 | 21.00 | 5.00 | 16.00 | 13.00 | 3.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 14 | 113 | 16.00 | 4.00 | 12.00 | 14.00 | 4.00 | 10.00 | 9.00 | 2.00 | 7.00 |
| 15 | 113 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 | 10.00 | 3.00 | 7.00 |
| 16 | 113 | 15.00 | 5.00 | 10.00 | 13.00 | 3.00 | 10.00 | 11.00 | 3.00 | 8.00 |
| 17 | 113 | 16.00 | 4.00 | 12.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 18 | 114 | 21.00 | 5.00 | 16.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 19 | 116 | 21.00 | 4.00 | 17.00 | 13.00 | 3.00 | 10.00 | 9.00 | 2.00 | 7.00 |
| 20 | 117 | 17.00 | 5.00 | 12.00 | 13.00 | 3.00 | 10.00 | 9.00 | 2.00 | 7.00 |
| 21 | 117 | 22.00 | 5.00 | 17.00 | 14.00 | 4.00 | 10.00 | 8.00 | 1.00 | 7.00 |
| 22 | 115 | 20.00 | 4.00 | 16.00 | 13.00 | 3.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 23 | 115 | 17.00 | 4.00 | 13.00 | 13.00 | 3.00 | 10.00 | 11.00 | 2.00 | 9.00 |
| 24 | 115 | 21.00 | 5.00 | 16.00 | 14.00 | 4.00 | 10.00 | 9.00 | 2.00 | 7.00 |
| 25 | 116 | 23.00 | 5.00 | 18.00 | 15.00 | 4.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 26 | 117 | 21.00 | 5.00 | 16.00 | 14.00 | 4.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 27 | 116 | 21.00 | 5.00 | 16.00 | 14.00 | 4.00 | 10.00 | 8.00 | 1.00 | 7.00 |
| 28 | 116 | 19.00 | 5.00 | 14.00 | 13.00 | 3.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 29 | 115 | 18.00 | 4.00 | 14.00 | 13.00 | 3.00 | 10.00 | 11.00 | 3.00 | 8.00 |
| 30 | 114 | 16.00 | 4.00 | 12.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 31 | 114 | 24.00 | 4.00 | 20.00 | 14.00 | 4.00 | 10.00 | 10.00 | 3.00 | 7.00 |

**Facility Totals/Averages/Percentages**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 114 | 13.94 | 4.45 | 14.43 | 14.13 | 3.68 | 10.45 | 9.97 | 2.55 | 7.42 |
| Shortages: | | 14 | 0 | 13 | 1 | 0 | 1 | 0 | 0 | 0 |
| Percentage: | | 45.16% | 0.00% | 58.06% | 3.23% | 0.00% | 3.23% | 0.00% | 0.00% | 0.00% |

LJH

# of Daily Shifts w/Less Than Minimum Required Staff:    15    Percentage:    18.13%

**3.01 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

**Facility:** Jonesboro Health and Rehab

Date of Last Day of Reporting Month: 07/31/15

Date Report Received: 08/03/15    Was Report Received Late:    System Record Number: 39198

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 112 | 19.00 | 4.00 | 15.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 2 | 111 | 19.00 | 4.00 | 15.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 3 | 111 | 13.00 | 4.00 | 14.00 | 14.00 | 4.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 4 | 110 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 | 11.00 | 3.00 | 8.00 |
| 5 | 110 | 17.00 | 4.00 | 13.00 | 13.00 | 4.00 | 9.00 | 12.00 | 4.00 | 8.00 |
| 6 | 111 | 19.00 | 4.00 | 15.00 | 15.00 | 5.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 7 | 111 | 21.00 | 4.00 | 17.00 | 15.00 | 5.00 | 10.00 | 11.00 | 4.00 | 7.00 |
| 8 | 110 | 21.00 | 4.00 | 17.00 | 14.00 | 5.00 | 9.00 | 9.00 | 3.00 | 6.00 |
| 9 | 110 | 23.00 | 4.00 | 19.00 | 14.00 | 5.00 | 9.00 | 11.00 | 4.00 | 7.00 |
| 10 | 112 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 11 | 111 | 19.00 | 4.00 | 15.00 | 14.00 | 4.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 12 | 112 | 19.00 | 3.00 | 16.00 | 15.00 | 4.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 13 | 112 | 20.00 | 4.00 | 16.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 14 | 112 | 21.00 | 4.00 | 17.00 | 15.00 | 5.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 15 | 114 | 20.00 | 4.00 | 16.00 | 13.00 | 3.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 16 | 113 | 13.00 | 4.00 | 14.00 | 14.00 | 4.00 | 10.00 | 8.00 | 3.00 | 5.00 |
| 17 | 113 | 20.00 | 4.00 | 16.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 18 | 113 | 19.00 | 4.00 | 15.00 | 14.00 | 4.00 | 10.00 | 11.00 | 4.00 | 7.00 |
| 19 | 114 | 17.00 | 4.00 | 13.00 | 13.00 | 3.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 20 | 114 | 13.00 | 4.00 | 14.00 | 13.00 | 4.00 | 9.00 | 11.00 | 4.00 | 7.00 |
| 21 | 113 | 22.00 | 4.00 | 18.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 22 | 112 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 23 | 112 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 24 | 114 | 19.00 | 4.00 | 15.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 25 | 114 | 17.00 | 4.00 | 13.00 | 14.00 | 4.00 | 10.00 | 11.00 | 4.00 | 7.00 |
| 26 | 114 | 17.00 | 4.00 | 13.00 | 13.00 | 3.00 | 10.00 | 11.00 | 4.00 | 7.00 |
| 27 | 115 | 21.00 | 4.00 | 17.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 28 | 114 | 20.00 | 4.00 | 16.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 29 | 112 | 23.00 | 4.00 | 19.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 30 | 112 | 22.00 | 4.00 | 18.00 | 16.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 31 | 115 | 20.00 | 4.00 | 16.00 | 17.00 | 4.00 | 13.00 | 10.00 | 3.00 | 7.00 |

**Facility Totals/Averages/Percentages**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 112 | 19.58 | 3.97 | 15.61 | 14.42 | 4.06 | 10.35 | 10.71 | 3.32 | 7.39 |
| Shortages: | | 7 | 0 | 13 | 0 | 0 | 2 | 0 | 0 | 2 |
| Percentage: | | 22.58% | 0.00% | 32.26% | 0.00% | 0.00% | 6.45% | 0.00% | 0.00% | 6.45% |

LJH    # of Daily Shifts w/Less Than Minimum Required Staff:    7    Percentage:    7.53%

**3.19 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

**Facility:** Jonesboro Health and Rehab

Date of Last Day of Reporting Month: 06/30/15

Date Report Received: 07/01/15   Was Report Received Late: ___   System Record Number: 38899

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 114 | 22.00 | 4.00 | 18.00 | 17.00 | 4.00 | 13.00 | 12.00 | 4.00 | 8.00 |
| 2 | 114 | 23.00 | 4.00 | 13.00 | 17.00 | 4.00 | 13.00 | 11.00 | 4.00 | 7.00 |
| 3 | 113 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 4 | 112 | 22.00 | 5.00 | 17.00 | 17.00 | 4.00 | 13.00 | 13.00 | 4.00 | 9.00 |
| 5 | 112 | 21.00 | 4.00 | 17.00 | 16.00 | 4.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 6 | 111 | 20.00 | 4.00 | 18.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 7 | 111 | 18.00 | 4.00 | ✔ 14.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 8 | 110 | 23.00 | 4.00 | 19.00 | 14.00 | 4.00 | 10.00 | 11.00 | 4.00 | 7.00 |
| 9 | 109 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 10 | 109 | 20.00 | 4.00 | 16.00 | 16.00 | 4.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 11 | 109 | 22.00 | 4.00 | 18.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 12 | 111 | 20.00 | 4.00 | 16.00 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 13 | 111 | 18.00 | 4.00 | ✔ 14.00 | 15.00 | 4.00 | 11.00 | 10.00 | 4.00 | ✔ 6.00 |
| 14 | 111 | ✔ 15.00 | 4.00 | 11.00 | 14.00 | 4.00 | 10.00 | 13.00 | 3.00 | 7.00 |
| 15 | 112 | 20.00 | 4.00 | 16.00 | 13.00 | 4.00 | 9.00 | 11.00 | 4.00 | 7.00 |
| 16 | 113 | 21.00 | 4.00 | 17.00 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 17 | 113 | 22.00 | 4.00 | 18.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 18 | 113 | 22.00 | 4.00 | 18.00 | 13.00 | 4.00 | 9.00 | 12.00 | 4.00 | 8.00 |
| 19 | 113 | 21.00 | 4.00 | 17.00 | 17.00 | 4.00 | 13.00 | 11.00 | 4.00 | 7.00 |
| 20 | 111 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 21 | 111 | 18.00 | 4.00 | ✔ 14.00 | 12.00 | 4.00 | 8.00 | 12.00 | 4.00 | 8.00 |
| 22 | 112 | 19.00 | 4.00 | ✔ 15.00 | 16.00 | 4.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 23 | 111 | 20.00 | 4.00 | 16.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 24 | 112 | 20.00 | 4.00 | 16.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 25 | 111 | 21.00 | 4.00 | 17.00 | 17.00 | 4.00 | 13.00 | 13.00 | 4.00 | 9.00 |
| 26 | 112 | 20.00 | 4.00 | 16.00 | 15.00 | 4.00 | 11.00 | 10.00 | 4.00 | ✔ 6.00 |
| 27 | 111 | ✔ 17.00 | 4.00 | ✔ 13.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 28 | 111 | 19.00 | 4.00 | 15.00 | 15.00 | 4.00 | 11.00 | 10.00 | 4.00 | ✔ 6.00 |
| 29 | 112 | 19.00 | 4.00 | ✔ 15.00 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 30 | 111 | 19.00 | 4.00 | 15.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |

| Facility Totals/Averages/Percentages | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 112 | 20.10 | 4.03 | 16.07 | 15.10 | 4.00 | 11.10 | 11.93 | 3.97 | 7.97 |
| Shortages: | | 2 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 3 |
| Percentage: | | 6.67% | 0.00% | 23.33% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 10.00% |

LJH

# of Daily Shifts w/Less Than Minimum Required Staff:   2      Percentage:   2.22%

**3.38 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

**Facility:** Jonesboro Health and Rehab

Date of Last Day of Reporting Month: 05/31/15

Date Report Received: 06/01/15    Was Report Received Late: _    System Record Number: 38710

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 116 | 22.00 | 6.00 | 16.00 | 14.00 | 4.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 2 | 116 | 19.00 | 3.00 | 16.00 | 16.00 | 5.00 | 11.00 | 8.00 | 1.00 | 7.00 |
| 3 | 116 | ✓ 18.00 | 4.00 | ✓ 14.00 | 15.00 | 4.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 4 | 115 | 23.00 | 4.00 | 19.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 5 | 114 | 23.00 | 4.00 | 19.00 | 15.00 | 4.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 6 | 113 | 23.00 | 4.00 | 19.00 | 17.00 | 4.00 | 13.00 | 13.00 | 2.00 | 8.00 |
| 7 | 116 | 21.00 | 5.00 | 16.00 | 17.00 | 4.00 | 13.00 | 11.00 | 3.00 | 8.00 |
| 8 | 117 | 21.00 | 5.00 | 16.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 9 | 118 | ✓ 17.00 | 4.00 | ✓ 13.00 | 16.00 | 4.00 | 12.00 | 8.00 | 1.00 | 7.00 |
| 10 | 118 | ✓ 13.00 | 3.00 | ✓ 15.00 | 15.00 | 4.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 11 | 115 | 22.00 | 5.00 | 17.00 | 17.00 | 5.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 12 | 116 | 24.00 | 7.00 | 17.00 | 15.00 | 5.00 | 10.00 | 11.00 | 3.00 | 8.00 |
| 13 | 114 | 24.00 | 6.00 | 13.00 | 15.00 | 5.00 | 10.00 | 11.00 | 3.00 | 8.00 |
| 14 | 112 | 23.00 | 5.00 | 13.00 | 17.00 | 5.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 15 | 114 | 21.00 | 5.00 | 16.00 | 17.00 | 5.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 16 | 115 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 10.00 | 9.00 | 2.00 | 7.00 |
| 17 | 115 | 19.00 | 3.00 | 16.00 | 16.00 | 4.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 18 | 115 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 19 | 114 | 24.00 | 5.00 | 19.00 | 16.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 20 | 116 | 23.00 | 5.00 | 18.00 | 19.00 | 5.00 | 14.00 | 12.00 | 4.00 | 8.00 |
| 21 | 116 | 21.00 | 4.00 | 17.00 | 17.00 | 3.00 | 14.00 | 11.00 | 3.00 | 8.00 |
| 22 | 113 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 10.00 | 9.00 | 2.00 | 7.00 |
| 23 | 111 | 20.00 | 4.00 | 16.00 | 16.00 | 5.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 24 | 113 | ✓ 17.00 | 4.00 | ✓ 13.00 | 14.00 | 4.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 25 | 113 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 11.00 | 10.00 | 1.00 | 9.00 |
| 26 | 117 | 23.00 | 5.00 | 18.00 | 13.00 | 3.00 | 10.00 | 10.00 | 3.00 | 7.00 |
| 27 | 115 | 20.00 | 4.00 | 16.00 | 17.00 | 4.00 | 13.00 | 9.00 | 3.00 | ✓ 6.00 |
| 28 | 115 | 25.00 | 6.00 | 19.00 | 16.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 29 | 115 | 21.00 | 3.00 | 13.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 30 | 115 | 19.00 | 3.00 | 16.00 | 16.00 | 4.00 | 12.00 | 11.00 | 4.00 | 7.00 |
| 31 | 115 | 19.00 | 3.00 | 16.00 | 13.00 | 4.00 | 14.00 | 11.00 | 3.00 | 8.00 |

**Facility Totals/Averages/Percentages**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 115 | 21.00 | 4.35 | 16.65 | 15.68 | 4.19 | 11.48 | 10.39 | 2.74 | 7.65 |
| Shortages: | | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 1 |
| Percentage: | | 12.90% | 0.00% | 12.90% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 3.23% |

LJH

# of Daily Shifts w/Less Than Minimum Required Staff: 4    Percentage: 4.30%

**3.23 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

**Facility:** Jonesboro Health and Rehab

Date of Last Day of Reporting Month: 04/30/15

Date Report Received: 05/01/15   Was Report Received Late:    System Record Number: 38480

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 126 | 21.00 | 3.00 | 18.00 | 17.00 | 4.00 | 13.00 | 12.00 | 4.00 | 8.00 |
| 2 | 127 | 21.00 | 3.00 | 18.00 | 18.00 | 4.00 | 14.00 | 11.00 | 4.00 | 7.00 |
| 3 | 130 | 22.00 | 3.00 | 19.00 | 14.00 | 3.00 | 11.00 | ✔ 8.00 | 3.00 | ✔ 5.00 |
| 4 | 130 | ✔ 19.00 | 4.00 | ✔ 15.00 | 14.00 | 3.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 5 | 130 | ✔ 15.00 | 4.00 | 11.00 | ✔ 13.00 | 4.00 | ✔ 9.00 | 11.00 | 4.00 | 7.00 |
| 6 | 129 | 22.00 | 4.00 | 18.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 7 | 123 | 22.00 | 4.00 | 18.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 8 | 126 | 22.00 | 4.00 | 18.00 | 15.00 | 3.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 9 | 125 | 22.00 | 4.00 | 18.00 | 16.00 | 4.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 10 | 125 | 21.00 | 3.00 | 18.00 | 16.00 | 3.00 | 13.00 | 12.00 | 3.00 | 9.00 |
| 11 | 124 | ✔ 13.00 | 4.00 | ✔ 14.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 12 | 123 | ✔ 17.00 | 4.00 | ✔ 13.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 13 | 125 | 23.00 | 5.00 | 18.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 14 | 123 | 21.00 | 3.00 | 18.00 | 16.00 | 4.00 | 12.00 | 9.00 | 2.00 | 7.00 |
| 15 | 123 | 20.00 | 3.00 | 17.00 | 17.00 | 4.00 | 13.00 | 9.00 | 2.00 | 7.00 |
| 16 | 123 | 23.00 | 5.00 | 18.00 | 18.00 | 5.00 | 13.00 | 10.00 | 3.00 | 7.00 |
| 17 | 120 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 11.00 | 10.00 | 2.00 | 8.00 |
| 18 | 120 | 20.00 | 3.00 | 17.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 19 | 120 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 20 | 113 | 21.00 | 4.00 | 17.00 | 16.00 | 4.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 21 | 113 | 23.00 | 5.00 | 13.00 | 16.00 | 4.00 | 12.00 | 11.00 | 4.00 | 7.00 |
| 22 | 119 | 23.00 | 4.00 | 19.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 23 | 119 | 21.00 | 4.00 | 17.00 | 16.00 | 4.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 24 | 119 | 23.00 | 5.00 | 18.00 | 16.00 | 4.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 25 | 113 | 22.00 | 4.00 | 18.00 | 15.00 | 3.00 | 12.00 | 8.00 | 1.00 | 7.00 |
| 26 | 113 | ✔ 19.00 | 4.00 | ✔ 15.00 | 17.00 | 4.00 | 13.00 | 8.00 | 1.00 | 7.00 |
| 27 | 116 | 21.00 | 4.00 | 17.00 | 16.00 | 3.00 | 13.00 | 11.00 | 4.00 | 7.00 |
| 28 | 117 | 22.00 | 4.00 | 18.00 | 17.00 | 5.00 | 12.00 | 11.00 | 4.00 | 7.00 |
| 29 | 118 | 23.00 | 4.00 | 19.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 30 | 114 | 19.00 | 3.00 | 16.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |

**Facility Totals/Averages/Percentages**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 122 | 20.93 | 3.87 | 17.07 | 15.63 | 3.83 | 11.80 | 10.40 | 3.20 | 7.20 |
| Shortages: | | 5 | 0 | 5 | 1 | 0 | 1 | 1 | 0 | 1 |
| Percentage: | | 16.67% | 0.00% | 16.67% | 3.33% | 0.00% | 3.33% | 3.33% | 0.00% | 3.33% |

LJH

# of Daily Shifts w/Less Than Minimum Required Staff:   7        Percentage:    7.78%

**3.07 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

**Facility:** Jonesboro Health and Rehab, LLC   **Date of Last Day of Reporting Month:** 03/31/15

**Date Report Received:** 04/06/15   **Was Report Received Late:** ✓   **System Record Number:** 38287

| Day | Census | Day Shift Total | Lic | Other | Evening Shift Total | Lic | Other | Night Shift Total | Lic | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 120 | ✓18.00 | 3.00 | ✓15.00 | ✓12.00 | 3.00 | ✓9.00 | 13.00 | 4.00 | 9.00 |
| 2 | 121 | 22.00 | 5.00 | 17.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 3 | 120 | 20.00 | 3.00 | 17.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 4 | 120 | 22.00 | 4.00 | 18.00 | 16.00 | 4.00 | 12.00 | 9.00 | 1.00 | 8.00 |
| 5 | 120 | ✓12.00 | 4.00 | ✓8.00 | 15.00 | 4.00 | 11.00 | 13.00 | 5.00 | 8.00 |
| 6 | 120 | ✓15.00 | 4.00 | ✓11.00 | 17.00 | 4.00 | 13.00 | 13.00 | 4.00 | 9.00 |
| 7 | 121 | ✓16.00 | 4.00 | ✓12.00 | 17.00 | 4.00 | 13.00 | 13.00 | 3.00 | 10.00 |
| 8 | 120 | ✓17.00 | 4.00 | 13.00 | 19.00 | 4.00 | 15.00 | 12.00 | 3.00 | 9.00 |
| 9 | 121 | ✓17.00 | 4.00 | 18.00 | 18.00 | 4.00 | 14.00 | 10.00 | 2.00 | 8.00 |
| 10 | 119 | 20.00 | 3.00 | 17.00 | 14.00 | 4.00 | 10.00 | 13.00 | 5.00 | 8.00 |
| 11 | 119 | 22.00 | 5.00 | 17.00 | 15.00 | 4.00 | 11.00 | 13.00 | 5.00 | 8.00 |
| 12 | 118 | 21.00 | 4.00 | 17.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 13 | 121 | 20.00 | 3.00 | 17.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 14 | 120 | 20.00 | 3.00 | 17.00 | 16.00 | 4.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 15 | 120 | ✓18.00 | 4.00 | ✓14.00 | 17.00 | 4.00 | 13.00 | 10.00 | 2.00 | 8.00 |
| 16 | 125 | 23.00 | 5.00 | 18.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 17 | 125 | 22.00 | 4.00 | 18.00 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 18 | 125 | 21.00 | 3.00 | 18.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 19 | 127 | 24.00 | 6.00 | 18.00 | 14.00 | 3.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 20 | 127 | 24.00 | 4.00 | 20.00 | ✓13.00 | 3.00 | ✓10.00 | 11.00 | 3.00 | 8.00 |
| 21 | 127 | ✓20.00 | 4.00 | ✓16.00 | 14.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 22 | 125 | ✓20.00 | 5.00 | ✓15.00 | 14.00 | 3.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 23 | 126 | 22.00 | 4.00 | 18.00 | 15.00 | 4.00 | 11.00 | 12.00 | 5.00 | 7.00 |
| 24 | 126 | 21.00 | 3.00 | 18.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 25 | 125 | 22.00 | 4.00 | 18.00 | 16.00 | 5.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 26 | 126 | 23.00 | 4.00 | 19.00 | 14.00 | 3.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 27 | 125 | 22.00 | 4.00 | 18.00 | 17.00 | 4.00 | 13.00 | 9.00 | 2.00 | 7.00 |
| 28 | 125 | ✓20.00 | 4.00 | ✓16.00 | 14.00 | 3.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 29 | 125 | ✓18.00 | 4.00 | ✓14.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 30 | 125 | ✓20.00 | 5.00 | ✓15.00 | 14.00 | 3.00 | 11.00 | 11.00 | 3.00 | 7.00 |
| 31 | 126 | 21.00 | 3.00 | 18.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |

**Facility Totals/Averages/Percentages**

| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 123 | 20.10 | 3.97 | 16.13 | 15.19 | 3.77 | 11.42 | 11.55 | 3.55 | 8.00 |
| Shortages: | 12 | 0 | 11 | 2 | 0 | 2 | 0 | 0 | 0 | |
| Percentage: | 38.71% | 0.00% | 35.48% | 8.45% | 0.00% | 6.45% | 0.00% | 0.00% | 0.00% | |

LJH   # of Daily Shifts w/Less Than Minimum Required Staff:   14   Percentage:   15.05%

**3.05 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

**Facility:** Jonesboro Health and Rehab, LLC

Date of Last Day of Reporting Month: 02/28/15

Date Report Received: 03/02/15   Was Report Received Late: ___   System Record Number: 38049

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 125 | ✔ 19.00 | 3.00 | ✔ 16.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 2 | 125 | 21.00 | 3.00 | 18.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 3 | 126 | 21.00 | 3.00 | 18.00 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 4 | 124 | 21.00 | 3.00 | 18.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 5 | 124 | 21.00 | 3.00 | 18.00 | ✔ 13.00 | 3.00 | ✔ 10.00 | 14.00 | 4.00 | 10.00 |
| 6 | 121 | 20.00 | 3.00 | 17.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 7 | 120 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 8 | 121 | ✔ 19.00 | 3.00 | ✔ 16.00 | ✔ 12.00 | 3.00 | ✔ 9.00 | 12.00 | 4.00 | 8.00 |
| 9 | 122 | ✔ 19.00 | 3.00 | ✔ 16.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 10 | 124 | 21.00 | 4.00 | ✔ 17.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 11 | 123 | 23.00 | 5.00 | 19.00 | 14.00 | 3.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 12 | 123 | 21.00 | 4.00 | 17.00 | 14.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 13 | 123 | 21.00 | 4.00 | 17.00 | 14.00 | 4.00 | 10.00 | 10.00 | 2.00 | 8.00 |
| 14 | 123 | ✔ 13.00 | 3.00 | ✔ 15.00 | ✔ 12.00 | 3.00 | ✔ 9.00 | 11.00 | 3.00 | 8.00 |
| 15 | 120 | ✔ 13.00 | 4.00 | 14.00 | 14.00 | 4.00 | 10.00 | 10.00 | 2.00 | 8.00 |
| 16 | 123 | ✔ 10.00 | 3.00 | 7.00 | 15.00 | 3.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 17 | 122 | ✔ 19.00 | 3.00 | ✔ 16.00 | 14.00 | 3.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 18 | 121 | 23.00 | 4.00 | 19.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 19 | 124 | 21.00 | 3.00 | 18.00 | 17.00 | 5.00 | 12.00 | 10.00 | 2.00 | 8.00 |
| 20 | 126 | 21.00 | 3.00 | 18.00 | 16.00 | 4.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 21 | 126 | ✔ 17.00 | 5.00 | ✔ 12.00 | 14.00 | 3.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 22 | 126 | ✔ 15.00 | 4.00 | ✔ 11.00 | ✔ 13.00 | 4.00 | ✔ 9.00 | 12.00 | 4.00 | 8.00 |
| 23 | 125 | 21.00 | 3.00 | 18.00 | 16.00 | 5.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 24 | 124 | 21.00 | 3.00 | 13.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 25 | 122 | 22.00 | 5.00 | 17.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 26 | 122 | 23.00 | 6.00 | 17.00 | 14.00 | 3.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 27 | 121 | 24.00 | 6.00 | 13.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 28 | 121 | 20.00 | 3.00 | 17.00 | 13.00 | 3.00 | 10.00 | 11.00 | 4.00 | 7.00 |

| Facility Totals/Averages/Percentages | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 123 | 20.04 | 3.68 | 16.39 | 14.36 | 3.64 | 10.71 | 11.36 | 3.43 | 7.93 |
| Shortages: | | 9 | 0 | 9 | 4 | 0 | 4 | 0 | 0 | 0 |
| Percentage: | | 32.14% | 0.00% | 32.14% | 14.29% | 0.00% | 14.29% | 0.00% | 0.00% | 0.00% |

LJH   # of Daily Shifts w/Less Than Minimum Required Staff:   13   Percentage:   15.48%

**2.98 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

**Facility: Jonesboro Health and Rehab, LLC**   Date of Last Day of Reporting Month: 01/31/15

Date Report Received: 02/02/15   Was Report Received Late:   System Record Number 37343

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 121 | 22.00 | 4.00 | 18.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 2 | 117 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 3 | 116 | 20.00 | 4.00 | 16.00 | 15.00 | 4.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 4 | 117 | 20.00 | 3.00 | 17.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 5 | 121 | 23.00 | 4.00 | 19.00 | 15.00 | 3.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 6 | 121 | 22.00 | 4.00 | 18.00 | 14.00 | 4.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 7 | 121 | 24.00 | 5.00 | 19.00 | 15.00 | 3.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 8 | 120 | 20.00 | 3.00 | 17.00 | 14.00 | 3.00 | 11.00 | 12.00 | 3.00 | 9.00 |
| 9 | 120 | 20.00 | 3.00 | 17.00 | 14.00 | 4.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 10 | 120 | ✓ 18.00 | 3.00 | ✓ 15.00 | 17.00 | 4.00 | 13.00 | 11.00 | 3.00 | 8.00 |
| 11 | 120 | 20.00 | 3.00 | 17.00 | 16.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 12 | 120 | 23.00 | 5.00 | 18.00 | 15.00 | 4.00 | 11.00 | 14.00 | 5.00 | 9.00 |
| 13 | 121 | 24.00 | 5.00 | 19.00 | 14.00 | 3.00 | 11.00 | 14.00 | 5.00 | 9.00 |
| 14 | 122 | 22.00 | 3.00 | 19.00 | 17.00 | 4.00 | 13.00 | 13.00 | 4.00 | 9.00 |
| 15 | 126 | 21.00 | 3.00 | 18.00 | 14.00 | 3.00 | 11.00 | 12.00 | 3.00 | 9.00 |
| 16 | 125 | 22.00 | 4.00 | 18.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 17 | 125 | 21.00 | 3.00 | 18.00 | 15.00 | 4.00 | 11.00 | 12.00 | 3.00 | 9.00 |
| 18 | 124 | ✓ 20.00 | 3.00 | ✓ 17.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 19 | 126 | 24.00 | 4.00 | 20.00 | ✓ 13.00 | 4.00 | ✓ 9.00 | 12.00 | 3.00 | 9.00 |
| 20 | 125 | 24.00 | 5.00 | 19.00 | 17.00 | 4.00 | 13.00 | 11.00 | 3.00 | 8.00 |
| 21 | 126 | 23.00 | 4.00 | 19.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 22 | 125 | 24.00 | 6.00 | 18.00 | 15.00 | 3.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 23 | 124 | ✓ 20.00 | 3.00 | ✓ 17.00 | ✓ 12.00 | 3.00 | ✓ 9.00 | 12.00 | 4.00 | 8.00 |
| 24 | 124 | ✓ 20.00 | 4.00 | ✓ 16.00 | ✓ 10.00 | ✓ 2.00 | ✓ 8.00 | 13.00 | 4.00 | 9.00 |
| 25 | 126 | 21.00 | 3.00 | 18.00 | 16.00 | 4.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 26 | 123 | 23.00 | 5.00 | 18.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 27 | 126 | 21.00 | 3.00 | 18.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 28 | 125 | 21.00 | 3.00 | 18.00 | 15.00 | 3.00 | 12.00 | 11.00 | 4.00 | 7.00 |
| 29 | 126 | ✓ 20.00 | 4.00 | ✓ 16.00 | 14.00 | 3.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 30 | 126 | 22.00 | 4.00 | 18.00 | ✓ 13.00 | 4.00 | ✓ 9.00 | 11.00 | 3.00 | 8.00 |
| 31 | 125 | ✓ 17.00 | 3.00 | ✓ 14.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |

| Facility Totals/Averages/Percentages | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 123 | 21.39 | 3.77 | 17.61 | 14.71 | 3.65 | 11.06 | 11.77 | 3.45 | 8.32 |
| Shortages: | | 6 | 0 | 6 | 4 | 1 | 4 | 0 | 0 | 0 |
| Percentage: | | 19.35% | 0.00% | 19.35% | 12.90% | 3.23% | 12.90% | 0.00% | 0.00% | 0.00% |

LJH

# of Daily Shifts w/Less Than Minimum Required Staff:   10   Percentage:   10.75%

3.12 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month

**Facility:** Jonesboro Health and Rehab, LLC

Date of Last Day of Reporting Month: 12/01/14

Date Report Received: 01/02/05    Was Report Received Late: _    System Record Number: 37580

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|-----|--------|-----------|---|-------|---------------|---|-------|-------------|---|-------|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 128 | 23.00 | 3.00 | 20.00 | 18.00 | 5.00 | 13.00 | 13.00 | 3.00 | 10.00 |
| 2 | 128 | 21.00 | 3.00 | 18.00 | 18.00 | 5.00 | 13.00 | 13.00 | 3.00 | 10.00 |
| 3 | 128 | 26.00 | 5.00 | 21.00 | 16.00 | 5.00 | 11.00 | 12.00 | 3.00 | 9.00 |
| 4 | 128 | 23.00 | 3.00 | 18.00 | 16.00 | 4.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 5 | 129 | 22.00 | 3.00 | 19.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 6 | 129 | 19.00 | 4.00 | 15.00 | 14.00 | 3.00 | 11.00 | 12.00 | 3.00 | 9.00 |
| 7 | 129 | 19.00 | 4.00 | 15.00 | 13.00 | 4.00 | 9.00 | 9.00 | 2.00 | 7.00 |
| 8 | 128 | 21.00 | 3.00 | 18.00 | 17.00 | 4.00 | 13.00 | 13.00 | 3.00 | 10.00 |
| 9 | 128 | 22.00 | 3.00 | 19.00 | 16.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 10 | 127 | 26.00 | 5.00 | 21.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 11 | 127 | 25.00 | 5.00 | 20.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 12 | 126 | 24.00 | 3.00 | 21.00 | 15.00 | 4.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 13 | 126 | 21.00 | 3.00 | 18.00 | 14.00 | 3.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 14 | 126 | 13.00 | 3.00 | 15.00 | 14.00 | 3.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 15 | 126 | 23.00 | 4.00 | 19.00 | 14.00 | 3.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 16 | 126 | 21.00 | 3.00 | 13.00 | 18.00 | 4.00 | 14.00 | 12.00 | 3.00 | 9.00 |
| 17 | 127 | 25.00 | 4.00 | 21.00 | 17.00 | 4.00 | 13.00 | 12.00 | 3.00 | 9.00 |
| 18 | 127 | 23.00 | 4.00 | 19.00 | 17.00 | 4.00 | 13.00 | 11.00 | 3.00 | 8.00 |
| 19 | 126 | 21.00 | 4.00 | 17.00 | 15.00 | 3.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 20 | 126 | 19.00 | 4.00 | 15.00 | 16.00 | 4.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 21 | 127 | 19.00 | 2.00 | 17.00 | 14.00 | 3.00 | 11.00 | 9.00 | 2.00 | 7.00 |
| 22 | 125 | 26.00 | 5.00 | 21.00 | 15.00 | 3.00 | 12.00 | 10.00 | 3.00 | 7.00 |
| 23 | 125 | 24.00 | 4.00 | 20.00 | 18.00 | 4.00 | 14.00 | 13.00 | 3.00 | 7.00 |
| 24 | 120 | 23.00 | 4.00 | 19.00 | 17.00 | 4.00 | 13.00 | 11.00 | 3.00 | 8.00 |
| 25 | 121 | 23.00 | 4.00 | 19.00 | 16.00 | 4.00 | 12.00 | 14.00 | 4.00 | 10.00 |
| 26 | 121 | 23.00 | 3.00 | 20.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 27 | 121 | 22.00 | 3.00 | 19.00 | 15.00 | 5.00 | 10.00 | 11.00 | 3.00 | 8.00 |
| 28 | 113 | 18.00 | 4.00 | 14.00 | 13.00 | 3.00 | 10.00 | 11.00 | 3.00 | 8.00 |
| 29 | 113 | 25.00 | 4.00 | 21.00 | 17.00 | 4.00 | 13.00 | 11.00 | 3.00 | 8.00 |
| 30 | 129 | 20.00 | 3.00 | 17.00 | 16.00 | 4.00 | 12.00 | 13.00 | 2.00 | 8.00 |
| 31 | 113 | 22.00 | 4.00 | 18.00 | 15.00 | 3.00 | 12.00 | 12.00 | 4.00 | 8.00 |

| | | **Facility Totals/Averages/Percentages** | | | | | | | | |
|-----|--------|-----------|---|-------|---------------|---|-------|-------------|---|-------|
| Averages: | 125 | 22.16 | 3.65 | 13.45 | 15.58 | 3.31 | 11.77 | 11.52 | 3.13 | 8.39 |
| Shortages: | | 6 | 0 | 7 | 1 | 0 | 1 | 0 | 0 | 0 |
| Percentage: | | 19.35% | 0.00% | 22.58% | 3.23% | 0.00% | 3.23% | 0.00% | 0.00% | 0.00% |

LJH

# of Daily Shifts w/Less Than Minimum Required Staff:    7         Percentage:    7.53%

**3.15 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

**Facility:** Jonesboro Health and Rehab, LLC

Date of Last Day of Reporting Month: 11/30/14

Date Report Received: 12/04/14    Was Report Received Late:    System Record Number: 37401

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 124 | ✔ 19.00 | 4.00 | ✔ 15.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 2 | 123 | 20.00 | 3.00 | 17.00 | ✔ 13.00 | 4.00 | ✔ 9.00 | ✔ 13.00 | 3.00 | 10.00 |
| 3 | 124 | 24.00 | 5.00 | 19.00 | 14.00 | 3.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 4 | 125 | 22.00 | 4.00 | 18.00 | 17.00 | 4.00 | 13.00 | 13.00 | 4.00 | 9.00 |
| 5 | 126 | 23.00 | 4.00 | 19.00 | 18.00 | 4.00 | 14.00 | 12.00 | 3.00 | 9.00 |
| 6 | 127 | ✔ 20.00 | 4.00 | 16.00 | 19.00 | 4.00 | 15.00 | 12.00 | 3.00 | 9.00 |
| 7 | 128 | 25.00 | 5.00 | 20.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 8 | 125 | ✔ 20.00 | 4.00 | ✔ 16.00 | 17.00 | 4.00 | 13.00 | 12.00 | 2.00 | 10.00 |
| 9 | 125 | ✔ 20.00 | 4.00 | ✔ 16.00 | 14.00 | 4.00 | ✔ 10.00 | 12.00 | 3.00 | 9.00 |
| 10 | 127 | 24.00 | 5.00 | 19.00 | 14.00 | 3.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 11 | 123 | 21.00 | 4.00 | ✔ 17.00 | 18.00 | 4.00 | 14.00 | 13.00 | 4.00 | 9.00 |
| 12 | 123 | 23.00 | 5.00 | 18.00 | 19.00 | 4.00 | 15.00 | 12.00 | 4.00 | 8.00 |
| 13 | 127 | 24.00 | 4.00 | 20.00 | 16.00 | 3.00 | 13.00 | 13.00 | 3.00 | 10.00 |
| 14 | 127 | 24.00 | 4.00 | 20.00 | 16.00 | 3.00 | 13.00 | 14.00 | 3.00 | 11.00 |
| 15 | 127 | ✔ 19.00 | 4.00 | ✔ 15.00 | 17.00 | 4.00 | 13.00 | 11.00 | 3.00 | 8.00 |
| 16 | 124 | ✔ 20.00 | 4.00 | ✔ 16.00 | 17.00 | 4.00 | 13.00 | 12.00 | 3.00 | 9.00 |
| 17 | 126 | 23.00 | 4.00 | 19.00 | 17.00 | 4.00 | 13.00 | 12.00 | 4.00 | 8.00 |
| 18 | 123 | 24.00 | 4.00 | 20.00 | 17.00 | 3.00 | 14.00 | 12.00 | 3.00 | 9.00 |
| 19 | 127 | 26.00 | 6.00 | 20.00 | 13.00 | 4.00 | 14.00 | 13.00 | 3.00 | 10.00 |
| 20 | 129 | 22.00 | 4.00 | 18.00 | 17.00 | 4.00 | 13.00 | 13.00 | 3.00 | 10.00 |
| 21 | 129 | 24.00 | 5.00 | 19.00 | 15.00 | 3.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 22 | 123 | 22.00 | 4.00 | 19.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 23 | 128 | ✔ 19.00 | 4.00 | ✔ 15.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 24 | 130 | 23.00 | 4.00 | 19.00 | 13.00 | 4.00 | 14.00 | 12.00 | 4.00 | 8.00 |
| 25 | 123 | 23.00 | 4.00 | 19.00 | 17.00 | 4.00 | 13.00 | 11.00 | 3.00 | 8.00 |
| 26 | 123 | 22.00 | 3.00 | 19.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 27 | 123 | 23.00 | 5.00 | 19.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 28 | 123 | 21.00 | 3.00 | 18.00 | 14.00 | 3.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 29 | 125 | ✔ 20.00 | 4.00 | ✔ 15.00 | 15.00 | 5.00 | ✔ 10.00 | 12.00 | 4.00 | 8.00 |
| 30 | 126 | ✔ 18.00 | 4.00 | ✔ 14.00 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 |

| Facility Totals/Averages/Percentages | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 127 | 21.93 | 4.17 | 17.73 | 16.23 | 3.80 | 12.43 | 11.97 | 3.27 | 8.70 |
| Shortages: | | 9 | 0 | 10 | 1 | 0 | 3 | 1 | 0 | 0 |
| Percentage: | | 30.00% | 0.00% | 33.33% | 3.33% | 0.00% | 10.00% | 3.33% | 0.00% | 0.00% |

LJH          # of Daily Shifts w/Less Than Minimum Required Staff:    11        Percentage:    12.22%

3.16 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month

**Facility:** Jonesboro Health and Rehab, LLC   Date of Last Day of Reporting Month: 10/31/14

Date Report Received: 11/04/14   Was Report Received Late:   System Record Number: 37142

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 120 | 24.00 | 4.00 | 20.00 | 14.00 | 3.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 2 | 121 | 24.00 | 4.00 | 20.00 | 14.00 | 2.00 ✓ | 12.00 | 12.00 | 2.00 | 10.00 |
| 3 | | 24.00 | 5.00 | 19.00 | 13.00 | 3.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 4 | 120 | 22.00 | 4.00 | 18.00 | 14.00 | 4.00 | 10.00 | 11.00 | 3.00 | 8.00 |
| 5 | 120 | 20.00 | 4.00 | 16.00 ✓ | 14.00 | 4.00 | 10.00 | 13.00 | 2.00 | 9.00 |
| 6 | 122 | 23.00 | 4.00 | 19.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 7 | 122 | 21.00 | 5.00 | 16.00 ✓ | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 8 | 122 | 23.00 | 3.00 | 20.00 | 17.00 | 3.00 | 14.00 | 13.00 | 4.00 | 9.00 |
| 9 | 123 | 23.00 | 5.00 | 18.00 | 17.00 | 4.00 | 13.00 | 13.00 | 4.00 | 9.00 |
| 10 | 123 | 23.00 | 5.00 | 18.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 11 | 123 | 20.00 | 3.00 | 17.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 12 | 123 | 20.00 | 3.00 | 17.00 | 17.00 | 4.00 | 13.00 | 12.00 | 3.00 | 9.00 |
| 13 | 125 | 22.00 | 4.00 | 18.00 | 15.00 | 2.00 ✓ | 13.00 | 11.00 | 3.00 | 8.00 |
| 14 | 126 | 22.00 | 4.00 | 13.00 | 14.00 | 3.00 | 11.00 | 13.00 | 3.00 | 10.00 |
| 15 | 125 | 21.00 | 3.00 | 13.00 | 13.00 ✓ | 3.00 | 10.00 ✓ | 13.00 | 3.00 | 10.00 |
| 16 | 124 | 25.00 | 5.00 | 21.00 | 16.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 17 | 122 | 23.00 | 5.00 | 13.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 18 | 122 | 20.00 | 3.00 | 17.00 | 14.00 | 3.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 19 | 121 | 13.00 ✓ | 3.00 | 15.00 ✓ | 14.00 | 3.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 20 | 121 | 22.00 | 5.00 | 17.00 | 15.00 | 3.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 21 | 121 | 23.00 | 4.00 | 13.00 | 14.00 | 3.00 | 11.00 | 13.00 | 3.00 | 10.00 |
| 22 | 120 | 21.00 | 3.00 | 13.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 23 | 120 | 23.00 | 5.00 | 13.00 | 15.00 | 3.00 | 12.00 | 12.00 | 4.00 | 9.00 |
| 24 | 119 | 20.00 | 3.00 | 17.00 | 16.00 | 5.00 | 11.00 | 11.00 | 3.00 | 9.00 |
| 25 | 117 | 13.00 ✓ | 3.00 | 15.00 ✓ | 16.00 | 5.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 26 | 115 | 16.00 ✓ | 4.00 | 12.00 ✓ | 17.00 | 5.00 | 12.00 | 13.00 | 3.00 | 10.00 |
| 27 | 115 | 23.00 | 5.00 | 18.00 | 15.00 | 5.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 28 | 120 | 25.00 | 5.00 | 20.00 | 16.00 | 5.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 29 | 119 | 25.00 | 5.00 | 21.00 | 16.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 30 | 122 | 22.00 | 5.00 | 17.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 31 | 125 | 21.00 | 3.00 | 13.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |

| Facility Totals/Averages/Percentages | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 121 | 21.90 | 4.06 | 17.84 | 14.97 | 3.65 | 11.32 | 12.03 | 3.32 | 8.71 |
| Shortages: | | 3 | 0 | 5 | 1 | 2 | 1 | 0 | 0 | 0 |
| Percentage: | | 9.63% | 0.00% | 16.13% | 3.23% | 6.45% | 3.23% | 0.00% | 0.00% | 0.00% |

# of Daily Shifts w/Less Than Minimum Required Staff:    4        Percentage:    4.30%

LJH

**3.23 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

Facility: **Jonesboro Health and Rehab, LLC**  Date of Last Day of Reporting Month: | 09/30/14 |

Date Report Received: | 10/01/14 |  Was Report Received Late: ___  System Record Number | 36929 |

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 123 | 23.00 | 5.00 | 13.00 | 15.00 | 4.00 | 11.00 | 14.00 | 4.00 | 10.00 |
| 2 | 121 | 24.00 | 4.00 | 20.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 3 | 122 | 22.00 | 5.00 | 17.00 | 14.00 | 4.00 | ✔ 10.00 | 11.00 | 3.00 | 8.00 |
| 4 | 122 | 24.00 | 5.00 | 19.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 5 | 123 | 23.00 | 5.00 | 13.00 | 15.00 | 4.00 | 11.00 | 13.00 | 3.00 | 10.00 |
| 6 | 122 | 20.00 | 4.00 | ✔ 16.00 | 14.00 | 4.00 | ✔ 10.00 | 12.00 | 3.00 | 9.00 |
| 7 | 122 | 20.00 | 4.00 | ✔ 16.00 | 14.00 | 4.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 8 | 122 | ✔ 19.00 | 4.00 | ✔ 15.00 | 14.00 | 4.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 9 | 124 | 21.00 | 5.00 | ✔ 16.00 | 14.00 | 4.00 | ✔ 10.00 | 13.00 | 3.00 | 9.00 |
| 10 | 124 | 23.00 | 5.00 | 13.00 | 14.00 | 4.00 | ✔ 10.00 | 13.00 | 3.00 | 10.00 |
| 11 | 126 | 24.00 | 4.00 | 20.00 | ✔ 13.00 | 4.00 | 9.00 | 13.00 | 3.00 | 10.00 |
| 12 | 126 | 22.00 | 4.00 | 18.00 | 14.00 | 3.00 | 11.00 | 12.00 | 3.00 | 9.00 |
| 13 | 122 | ✔ 13.00 | 4.00 | 14.00 | ✔ 13.00 | 4.00 | 9.00 | 12.00 | 3.00 | 9.00 |
| 14 | 123 | ✔ 13.00 | 4.00 | ✔ 15.00 | 14.00 | 4.00 | 10.00 | 13.00 | 3.00 | 10.00 |
| 15 | 123 | 23.00 | 5.00 | 13.00 | 14.00 | 4.00 | ✔ 10.00 | 13.00 | 3.00 | 10.00 |
| 16 | 122 | 26.00 | 5.00 | 21.00 | 14.00 | 4.00 | 10.00 | 14.00 | 4.00 | 10.00 |
| 17 | 122 | 25.00 | 4.00 | 21.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 18 | 123 | 24.00 | 4.00 | 20.00 | 15.00 | 3.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 19 | 122 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 15.00 | 11.00 | 3.00 | 8.00 |
| 20 | 122 | ✔ 17.00 | 4.00 | ✔ 13.00 | ✔ 12.00 | 3.00 | 9.00 | 12.00 | 3.00 | 9.00 |
| 21 | 122 | ✔ 16.00 | 3.00 | ✔ 13.00 | ✔ 13.00 | 4.00 | 9.00 | 13.00 | 3.00 | 10.00 |
| 22 | 121 | 22.00 | 4.00 | 18.00 | 13.00 | 3.00 | 10.00 | 12.00 | 3.00 | 9.00 |
| 23 | 121 | 25.00 | 4.00 | 21.00 | 13.00 | 4.00 | 9.00 | 12.00 | 3.00 | 9.00 |
| 24 | 121 | 25.00 | 5.00 | 20.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 25 | 119 | 24.00 | 4.00 | 20.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 26 | 113 | 22.00 | 5.00 | 17.00 | 13.00 | 3.00 | 10.00 | 14.00 | 4.00 | 10.00 |
| 27 | 113 | 20.00 | 5.00 | ✔ 15.00 | 13.00 | 4.00 | 9.00 | 13.00 | 3.00 | 10.00 |
| 28 | 119 | 20.00 | 4.00 | ✔ 16.00 | 13.00 | 4.00 | 9.00 | 12.00 | 4.00 | 8.00 |
| 29 | 120 | 25.00 | 5.00 | 20.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 30 | 120 | 24.00 | 5.00 | 19.00 | 14.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |

## Facility Totals/Averages/Percentages

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 122 | 22.03 | 4.40 | 17.63 | 14.00 | 3.83 | 10.30 | 12.47 | 3.30 | 9.17 |
| Shortages: | | 5 | | 10 | 4 | | 16 | 0 | 0 | 0 |
| Percentage: | | 16.67% | 0.00% | 33.33% | 13.33% | 0.00% | 53.33% | 0.00% | 0.00% | 0.00% |

# of Daily Shifts w/Less Than Minimum Required Staff:   9   Percentage:   10.00%

LJH

**3.18 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

**Facility:** Jonesboro Health and Rehab, LLC

Date of Last Day of Reporting Month: 08/31/14

Date Report Received: 09/02/14     Was Report Received Late: ___     System Record Number: 36673

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 122 | 21.00 | 4.00 | 17.00 | 17.00 | 4.00 | 13.00 | 13.00 | 3.00 | 10.00 |
| 2 | 122 | 13.00 | 3.00 | 15.00 | 13.00 | 4.00 | 14.00 | 12.00 | 3.00 | 9.00 |
| 3 | 122 | 17.00 | 3.00 | 14.00 | 16.00 | 4.00 | 12.00 | 11.00 | 3.00 | 8.00 |
| 4 | 120 | 20.00 | 3.00 | 17.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 5 | 120 | 21.00 | 5.00 | 16.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 6 | 120 | 20.00 | 3.00 | 17.00 | 16.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 7 | 119 | 21.00 | 4.00 | 17.00 | 16.00 | 4.00 | 12.00 | 14.00 | 3.00 | 11.00 |
| 8 | 118 | 21.00 | 5.00 | 16.00 | 13.00 | 4.00 | 14.00 | 14.00 | 3.00 | 11.00 |
| 9 | 118 | 19.00 | 4.00 | 15.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 10 | 118 | 17.00 | 4.00 | 13.00 | 15.00 | 4.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 11 | 118 | 22.00 | 5.00 | 17.00 | 15.00 | 4.00 | 11.00 | 13.00 | 3.00 | 10.00 |
| 12 | 119 | 23.00 | 5.00 | 18.00 | 17.00 | 4.00 | 13.00 | 13.00 | 3.00 | 10.00 |
| 13 | 119 | 22.00 | 4.00 | 13.00 | 16.00 | 4.00 | 12.00 | 13.00 | 3.00 | 10.00 |
| 14 | 119 | 24.00 | 4.00 | 20.00 | 17.00 | 4.00 | 13.00 | 14.00 | 3.00 | 11.00 |
| 15 | 117 | 24.00 | 4.00 | 20.00 | 13.00 | 4.00 | 14.00 | 11.00 | 3.00 | 8.00 |
| 16 | 117 | 21.00 | 4.00 | 17.00 | 17.00 | 4.00 | 13.00 | 11.00 | 3.00 | 8.00 |
| 17 | 117 | 19.00 | 4.00 | 15.00 | 13.00 | 4.00 | 9.00 | 12.00 | 4.00 | 8.00 |
| 18 | 118 | 19.00 | 4.00 | 15.00 | 15.00 | 4.00 | 11.00 | 11.00 | 3.00 | 8.00 |
| 19 | 118 | 22.00 | 5.00 | 17.00 | 17.00 | 4.00 | 13.00 | 14.00 | 3.00 | 11.00 |
| 20 | 118 | 23.00 | 5.00 | 13.00 | 16.00 | 4.00 | 14.00 | 13.00 | 3.00 | 10.00 |
| 21 | 115 | 25.00 | 5.00 | 20.00 | 16.00 | 5.00 | 11.00 | 12.00 | 3.00 | 9.00 |
| 22 | 117 | 20.00 | 4.00 | 16.00 | 16.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 23 | 117 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 24 | 117 | 20.00 | 4.00 | 16.00 | 15.00 | 4.00 | 11.00 | 12.00 | 3.00 | 9.00 |
| 25 | 120 | 22.00 | 4.00 | 13.00 | 13.00 | 4.00 | 13.00 | 14.00 | 3.00 | 11.00 |
| 26 | 121 | 22.00 | 4.00 | 13.00 | 19.00 | 4.00 | 15.00 | 14.00 | 3.00 | 11.00 |
| 27 | 123 | 23.00 | 4.00 | 19.00 | 15.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 28 | 122 | 25.00 | 5.00 | 20.00 | 17.00 | 5.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 29 | 123 | 21.00 | 4.00 | 17.00 | 12.00 | 4.00 | 8.00 | 13.00 | 4.00 | 9.00 |
| 30 | 123 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 10.00 | 14.00 | 4.00 | 11.00 |
| 31 | 122 | 19.00 | 4.00 | 15.00 | 14.00 | 4.00 | 10.00 | 14.00 | 4.00 | 10.00 |

### Facility Totals/Averages/Percentages

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 119 | 21.00 | 4.13 | 16.87 | 15.94 | 4.06 | 11.87 | 12.43 | 3.19 | 9.29 |
| Shortages: | | 6 | 0 | 13 | 1 | 0 | 5 | 0 | 0 | 0 |
| Percentage: | | 19.35% | 0.00% | 32.26% | 3.23% | 0.00% | 16.13% | 0.00% | 0.00% | 0.00% |

# of Daily Shifts w/Less Than Minimum Required Staff:   7     Percentage:   7.53%

LJH

**3.31 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

**Facility:** Jonesboro Health and Rehab, LLC     Date of Last Day of Reporting Month: 07/31/14

Date Report Received: 08/04/14    Was Report Received Late:    System Record Number 36462

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 120 | 23.00 | 4.00 | 19.00 | 17.00 | 4.00 | 13.00 | 13.00 | 4.00 | 9.00 |
| 2 | 120 | 23.00 | 4.00 | 19.00 | 16.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 3 | 113 | 21.00 | 4.00 | 17.00 | 13.00 | 4.00 | 9.00 | 13.00 | 4.00 | 9.00 |
| 4 | 121 | 25.00 | 4.00 | 21.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 5 | 121 | 19.00 | 3.00 | 16.00 | 14.00 | 4.00 | 10.00 | 11.00 | 4.00 | 7.00 |
| 6 | 121 | 17.00 | 3.00 | 14.00 | 13.00 | 3.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 7 | 121 | 20.00 | 3.00 | 17.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 8 | 119 | 20.00 | 3.00 | 17.00 | 16.00 | 4.00 | 12.00 | 11.00 | 4.00 | 7.00 |
| 9 | 122 | 23.00 | 5.00 | 18.00 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 10 | 122 | 24.00 | 5.00 | 19.00 | 15.00 | 4.00 | 11.00 | 13.00 | 3.00 | 10.00 |
| 11 | 122 | 23.00 | 5.00 | 18.00 | 16.00 | 4.00 | 12.00 | 13.00 | 3.00 | 10.00 |
| 12 | 120 | 20.00 | 3.00 | 17.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 9.00 |
| 13 | 119 | 19.00 | 3.00 | 16.00 | 13.00 | 3.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 14 | 119 | 23.00 | 6.00 | 17.00 | 14.00 | 4.00 | 10.00 | 13.00 | 4.00 | 9.00 |
| 15 | 120 | 21.00 | 4.00 | 17.00 | 16.00 | 4.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 16 | 120 | 23.00 | 5.00 | 13.00 | 13.00 | 4.00 | 14.00 | 13.00 | 4.00 | 9.00 |
| 17 | 120 | 23.00 | 5.00 | 13.00 | 14.00 | 3.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 13 | 121 | 21.00 | 4.00 | 17.00 | 14.00 | 4.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 19 | 121 | 19.00 | 3.00 | 16.00 | 13.00 | 3.00 | 10.00 | 12.00 | 4.00 | 8.00 |
| 20 | 121 | 21.00 | 4.00 | 17.00 | 17.00 | 4.00 | 13.00 | 13.00 | 4.00 | 9.00 |
| 21 | 122 | 21.00 | 4.00 | 17.00 | 15.00 | 3.00 | 12.00 | 12.00 | 3.00 | 9.00 |
| 22 | 122 | 24.00 | 5.00 | 19.00 | 13.00 | 4.00 | 14.00 | 13.00 | 4.00 | 9.00 |
| 23 | 122 | 21.00 | 4.00 | 17.00 | 15.00 | 4.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 24 | 122 | 22.00 | 4.00 | 17.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 25 | 122 | 21.00 | 4.00 | 17.00 | 15.00 | 5.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 26 | 122 | 19.00 | 3.00 | 16.00 | 17.00 | 5.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 27 | 122 | 19.00 | 3.00 | 16.00 | 16.00 | 5.00 | 11.00 | 13.00 | 4.00 | 9.00 |
| 23 | 120 | 23.00 | 5.00 | 13.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 29 | 122 | 23.00 | 3.00 | 20.00 | 16.00 | 5.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 30 | 123 | 21.00 | 4.00 | 17.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 31 | 123 | 22.00 | 4.00 | 13.00 | 16.00 | 4.00 | 12.00 | 14.00 | 4.00 | 10.00 |

### Facility Totals/Averages/Percentages

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 121 | 21.42 | 3.97 | 17.42 | 15.10 | 3.87 | 11.19 | 12.58 | 3.97 | 8.71 |
| Shortages: | | 6 | 0 | 6 | 0 | 0 | 1 | 0 | 0 | 0 |
| Percentage: | | 19.35% | 0.00% | 19.35% | 0.00% | 0.00% | 3.23% | 0.00% | 0.00% | 0.00% |

LJH    # of Daily Shifts w/Less Than Minimum Required Staff:   6    Percentage:   6.45%

**3.25 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month**

Facility:  Jonesboro Health and Rehab, LLC

Date of Last Day of Reporting Month: 06/30/14

Date Report Received: 07/01/14   Was Report Received Late:   System Record Number: 36241

| Day | Census | Day Shift | | | Evening Shift | | | Night Shift | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total | Lic | Other | Total | Lic | Other | Total | Lic | Other |
| 1 | 124 | ☑ 17.00 | 3.00 | ☑ 14.00 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 2 | 121 | 20.00 | 3.00 | 17.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 3 | 113 | 21.00 | 4.00 | 17.00 | 16.00 | 4.00 | 12.00 | 11.00 | 4.00 | 7.00 |
| 4 | 119 | 23.00 | 5.00 | 18.00 | 17.00 | 4.00 | 13.00 | 14.00 | 4.00 | 10.00 |
| 5 | 119 | 23.00 | 5.00 | 18.00 | 16.00 | 4.00 | 12.00 | 14.00 | 4.00 | 10.00 |
| 6 | 119 | 22.00 | 5.00 | 17.00 | 19.00 | 4.00 | 15.00 | 11.00 | 4.00 | 7.00 |
| 7 | 113 | 20.00 | 3.00 | 17.00 | 17.00 | 4.00 | 13.00 | 11.00 | 4.00 | 7.00 |
| 8 | 113 | ☑ 17.00 | 3.00 | ☑ 14.00 | 18.00 | 4.00 | 14.00 | 11.00 | 4.00 | 7.00 |
| 9 | 120 | 22.00 | 5.00 | 17.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | ☑ 7.00 |
| 10 | 121 | 24.00 | 5.00 | 19.00 | 13.00 | 4.00 | 14.00 | 14.00 | 4.00 | 10.00 |
| 11 | 122 | 22.00 | 4.00 | 18.00 | 20.00 | 4.00 | 16.00 | 14.00 | 4.00 | 10.00 |
| 12 | 124 | 23.00 | 5.00 | 18.00 | 17.00 | 4.00 | 13.00 | 11.00 | 4.00 | 7.00 |
| 13 | 124 | ☑ 20.00 | 3.00 | ☑ 17.00 | 17.00 | 4.00 | 13.00 | 11.00 | 4.00 | 7.00 |
| 14 | 124 | 21.00 | 3.00 | 18.00 | 17.00 | 4.00 | 13.00 | 10.00 | 3.00 | 7.00 |
| 15 | 122 | ☑ 18.00 | 3.00 | ☑ 15.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 7.00 |
| 16 | 124 | 23.00 | 5.00 | 18.00 | 18.00 | 4.00 | 14.00 | 14.00 | 4.00 | 10.00 |
| 17 | 124 | 23.00 | 5.00 | 18.00 | 18.00 | 4.00 | 14.00 | 13.00 | 4.00 | 9.00 |
| 18 | 124 | 23.00 | 5.00 | 18.00 | 14.00 | 3.00 | 11.00 | 12.00 | 4.00 | 8.00 |
| 19 | 124 | 21.00 | 4.00 | 20.00 | 15.00 | 4.00 | 11.00 | 11.00 | 4.00 | 9.00 |
| 20 | 125 | 22.00 | 4.00 | 18.00 | 18.00 | 4.00 | 14.00 | 11.00 | 4.00 | 7.00 |
| 21 | 125 | 21.00 | 3.00 | 18.00 | 14.00 | 3.00 | 11.00 | 10.00 | 3.00 | 7.00 |
| 22 | 125 | ☑ 19.00 | 3.00 | ☑ 16.00 | 16.00 | 4.00 | 12.00 | 12.00 | 4.00 | 8.00 |
| 23 | 122 | 22.00 | 4.00 | 18.00 | 17.00 | 4.00 | 13.00 | 14.00 | 4.00 | 10.00 |
| 24 | 122 | 23.00 | 5.00 | 18.00 | 17.00 | 4.00 | 13.00 | 12.00 | 4.00 | 8.00 |
| 25 | 122 | 23.00 | 5.00 | 18.00 | 16.00 | 4.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 26 | 121 | 21.00 | 4.00 | 18.00 | 13.00 | 4.00 | 14.00 | 10.00 | 3.00 | 7.00 |
| 27 | 121 | 21.00 | 4.00 | 17.00 | 17.00 | 4.00 | 13.00 | 12.00 | 3.00 | 9.00 |
| 28 | 120 | 22.00 | 5.00 | 17.00 | 16.00 | 4.00 | 12.00 | 13.00 | 4.00 | 9.00 |
| 29 | 120 | 20.00 | 4.00 | ☑ 18.00 | 15.00 | 4.00 | 11.00 | 14.00 | 4.00 | 10.00 |
| 30 | 123 | 22.00 | 4.00 | 18.00 | 15.00 | 4.00 | 11.00 | 12.00 | 4.00 | 8.00 |

| Facility Totals/Averages/Percentages | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Averages: | 122 | 21.33 | 4.10 | 17.33 | 16.57 | 3.93 | 12.63 | 12.03 | 3.87 | 8.23 |
| Shortages: | | 5 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 1 |
| Percentage: | | 16.67% | 0.00% | 20.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 3.33% |

LJH          # of Daily Shifts w/Less Than Minimum Required Staff:     5          Percentage:     5.56%

3.28 = Average Available Direct Care Staff Hours Per Resident Per Day for this Month