IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID GRIGSBY, as Personal Representative
of the Estate of William Leonard, Deceased;
and on Behalf of the Wrongful Death
Beneficiaries of William Leonard                           PLAINTIFF

v.                    No. 3:16-cv-217-DPM

JONESBORO HEALTH AND REHAB LLC;
ARKANSAS SNF OPERATIONS
ACQUISITION LLC; and ARKANSAS
NURSING HOME ACQUISITION LLC                               DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 August 2017