IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID GRIGSBY, as Personal Representative
of the Estate of William Leonard, Deceased;
and on Behalf of the Wrongful Death
Beneficiaries of William Leonard                    PLAINTIFF

v.                      No. 3:16-cv-217-DPM

JONESBORO HEALTH AND REHAB LLC;
ARKANSAS SNF OPERATIONS
ACQUISITION LLC; and ARKANSAS
NURSING HOME ACQUISITION LLC                        DEFENDANTS

## ORDER

The Court did not retain jurisdiction in its Judgment, № 12, to enforce the parties' settlement agreement. Grigsby must therefore file a new case to do so. *Myers v. Richland County*, 429 F.3d 740, 745-47 (8th Cir. 2005). Motion, № 13, denied without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 January 2018